# EXHIBIT 1-C

B
Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | lalu102 | 20 July 2002 | Singapore | |
| | lalu103 | 20 July 2002 | Singapore | |
| | lalu104 | 20 July 2002 | Singapore | |
| | lalu105 | 20 July 2002 | Singapore | |
| | lalu106 | 20 July 2002 | Singapore | |
| | lalu107 | 20 July 2002 | Singapore | |
| | lalu108 | 20 July 2002 | Singapore | |
| | lalu109 | 20 July 2002 | Singapore | |
| | lalu110 | 20 July 2002 | Singapore | |
| | lalu111 | 20 July 2002 | Singapore | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

C

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | lalu112 | 20 July 2002 | Singapore |
| | lalu113 | 20 July 2002 | Singapore |
| | lalu114 | 20 July 2002 | Singapore |
| | lalu115 | 20 July 2002 | Singapore |
| | lalu116 | 20 July 2002 | Singapore |
| | lalu117 | 20 July 2002 | Singapore |
| | lalu118 | 20 July 2002 | Singapore |
| | lalu119 | 20 July 2002 | Singapore |
| | lalu120 | 20 July 2002 | Singapore |
| | lalu121 | 20 July 2002 | Singapore |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B
Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | lalu122 |
| | Date of First Publication: 20 (Month) July (Day) 2002 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu123 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu124 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu125 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu126 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu127 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu128 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu129 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu130 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu131 |
| | Date of First Publication: 20 July 2002 | Nation of First Publication: Singapore |
| | Description of Photograph | |

C

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B — Registration for Group of Published Photographs (continued)

**Number**
Title of Photograph: lalu132
Date of First Publication: 20 (Month) July (Day) 2002 (Year)  Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: lalu133
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: lalu134
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: lalu135
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: lalu136
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: lalu137
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: lalu138
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: lalu139
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: lalu140
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: lalu141
Date of First Publication: 20 July 2002  Nation of First Publication: Singapore
Description of Photograph:

---

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B
Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | lalu142 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu143 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu144 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu145 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu146 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu147 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu148 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu149 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu150 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu151 |
| | Date of First Publication | 20 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

C
YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B
Registration
for Groups of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu152 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu153 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu154 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu155 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu156 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu157 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu158 | |
| Date of First Publication | 20 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat001 | |
| Date of First Publication | 16 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat002 | |
| Date of First Publication | 16 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat003 | |
| Date of First Publication | 16 July 2002 | Nation of First Publication: Singapore |
| Description of Photograph | | |

C

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B
Registration for Group of Published Photographs (continued)

**Number**
Title of Photograph: muscat004
Date of First Publication: 16 (Month) July (Day) 2002 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat005
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat006
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat007
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat008
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat009
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat010
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat011
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat012
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: muscat013
Date of First Publication: 16 July 2002   Nation of First Publication: Singapore
Description of Photograph (Optional):

---

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

C
YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | muscat014 | 16 July 2002 | Singapore |
| | muscat015 | 16 July 2002 | Singapore |
| | muscat016 | 16 July 2002 | Singapore |
| | muscat017 | 16 July 2002 | Singapore |
| | muscat018 | 16 July 2002 | Singapore |
| | muscat019 | 16 July 2002 | Singapore |
| | muscat020 | 16 July 2002 | Singapore |
| | muscat021 | 16 July 2002 | Singapore |
| | muscat022 | 16 July 2002 | Singapore |
| | muscat023 | 16 July 2002 | Singapore |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B
Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | muscat024 |
| | Date of First Publication | 16 July 2002 (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat025 |
| | Date of First Publication | 16 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat026 |
| | Date of First Publication | 16 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat027 |
| | Date of First Publication | 16 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat028 |
| | Date of First Publication | 16 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat029 |
| | Date of First Publication | 16 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub001 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub002 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub003 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub004 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

Certificate will be mailed in window envelope to this address

Name ▼
Jenmison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

C

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 4 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Registration for Group of Published Photographs (continued)

B

| Number | Title of Photograph | Date of First Publication | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|
| | legianclub005 | 12 July 2002 | Singapore | |
| | legianclub006 | 12 July 2002 | Singapore | |
| | legianclub007 | 12 July 2002 | Singapore | |
| | legianclub008 | 12 July 2002 | Singapore | |
| | legianclub009 | 12 July 2002 | Singapore | |
| | legianclub010 | 12 July 2002 | Singapore | |
| | legianclub011 | 12 July 2002 | Singapore | |
| | legianclub012 | 12 July 2002 | Singapore | |
| | legianclub013 | 12 July 2002 | Singapore | |
| | legianclub014 | 12 July 2002 | Singapore | |

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

C

| Number | | |
|---|---|---|
| | Title of Photograph | legianclub015 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | legian001 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | legian002 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | legian003 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | legian004 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | legian005 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | legian006 |
| | Date of First Publication | 12 July 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | phuket042 |
| | Date of First Publication | 2 December 2002 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000