# EXHIBIT 1-E

B

| | |
|---|---|
| Title of Photograph | chiangmai151 |
| Date of First Publication | 7 February 2007 (Month/Day/Year) Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai152 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai153 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai154 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai155 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai156 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai157 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai158 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai159 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | chiangmai160 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

C

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | |
|---|---|---|
| Title of Photograph | chiangmai161 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai162 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai163 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai164 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai165 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai166 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai167 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai168 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai169 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chiangmai170 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**B** Registration for Group of Published Photographs (continued)

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | chiangmai171 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai172 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai173 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai174 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai175 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai176 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai177 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai178 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai179 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | chiangmai180 | |
| Date of First Publication | 7 February 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**B**

Name: Jennison & Shultz, PC

Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip: Arlington, VA 22202-3604

**C**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | chiangmai181 | 7 February 2007 | Singapore |
| | chiangmai182 | 7 February 2007 | Singapore |
| | chiangmai183 | 7 February 2007 | Singapore |
| | chiangmai184 | 7 February 2007 | Singapore |
| | chiangmai185 | 7 February 2007 | Singapore |
| | chiangmai186 | 7 February 2007 | Singapore |
| | chiangmai187 | 7 February 2007 | Singapore |
| | chiangmai188 | 7 February 2007 | Singapore |
| | chiangmai189 | 7 February 2007 | Singapore |
| | chiangmai190 | 7 February 2007 | Singapore |

**Name:** Jennison & Shultz, PC
**Number / Street / Apt:** 2001 Jefferson Davis Hwy., Suite 1102
**City / State / Zip:** Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai191 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai192 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai193 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai194 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai195 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai196 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai197 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai198 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai199 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai200 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

**Name:** Jenison & Shultz, PC
**Number / Street / Apt:** 2001 Jefferson Davis Hwy.; Suite 1102
**City / State / Zip:** Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai201 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai202 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai203 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai204 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai205 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai206 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai207 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai208 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai209 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai210 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

B

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

C

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | chiangmai211 | 7 February 2007 | Singapore |
| | chiangmai212 | 7 February 2007 | Singapore |
| | chiangmai213 | 7 February 2007 | Singapore |
| | chiangmai214 | 7 February 2007 | Singapore |
| | chiangmai215 | 7 February 2007 | Singapore |
| | chiangmai216 | 7 February 2007 | Singapore |
| | chiangmai217 | 7 February 2007 | Singapore |
| | chiangmai218 | 7 February 2007 | Singapore |
| | chiangmai219 | 7 February 2007 | Singapore |
| | chiangmai220 | 7 February 2007 | Singapore |

**B**

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai221 |
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai222 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai223 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai224 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai225 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai226 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai227 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai228 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai229 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

| | Title of Photograph | chiangmai230 |
|---|---|---|
| | Date of First Publication: 7 February 2007 | Nation of First Publication: Singapore |
| | Description of Photograph | |

**Name:** Jennison & Shultz, PC

**Number / Street / Apt:** 2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip:** Arlington, VA 22202-3604

| | |
|---|---|
| Title of Photograph | chiangmai231 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai232 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai233 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai234 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai235 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai236 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai237 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai238 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk001 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | bkk002 |
| Date of First Publication | 7 February 2007 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

B
Page Instructions
For Group of
Published
Photographs
(continued)

**Number**
Title of Photograph: bkk003
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk004
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk005
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk006
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk007
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk008
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk009
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk010
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk011
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: bkk012
Date of First Publication: 7 February 2007  Nation of First Publication: Singapore
Description of Photograph:

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | |
|---|---|---|---|---|
| Title of Photograph | bkk013 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | bkk014 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | bkk015 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | bkk016 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | bkk017 | | | |
| Date of First Publication | 7 February 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai070 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai071 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai072 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai073 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai074 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy; Suite 1102

City / State / Zip: Arlington, VA 22202-3604