# EXHIBIT 1-F

**B** Registration for Groups of Published Photographs (Continued)

| | Title of Photograph | namhai075 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| | Title of Photograph | namhai076 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | namhai077 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | namhai078 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | namhai079 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | namhai080 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | namhai081 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | namhai082 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | namhai083 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| | Title of Photograph | namhai084 |
| | Date of First Publication: 6 July 2007 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

**C** Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

Number:
Title of Photograph: namhai085
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai086
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai087
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai088
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai089
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai090
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai091
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai092
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai093
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

Number:
Title of Photograph: namhai094
Date of First Publication: 6 (Month) July (Day) 2007 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

**C** Certificate will be mailed in window envelope to this address.

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to the Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | |
|---|---|---|---|---|
| Title of Photograph | namhai095 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai096 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai097 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai098 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai099 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai100 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai101 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai102 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai103 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | namhai104 | | | |
| Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

**B** Registration for Group of Published Photographs (continued)

**C**

Name: Jenison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | Title of Photograph | namhai105 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai106 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai107 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai108 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai109 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai110 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai111 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai112 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai113 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | namhai114 |
| | Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| | Description of Photograph | |

**B** Registration for Group of Published Photographs (continued)

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**
Registration for Group of Published Photographs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai115 | | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2007 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai116 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai117 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai118 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai119 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai120 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai121 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai122 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai123 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | namhai124 | | | | |
| Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | Title of Photograph | namhai125 | | | | | **B** |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 6 | July | 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | namhai126 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

| | Title of Photograph | namhai127 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

| | Title of Photograph | namhai128 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

| | Title of Photograph | namhai129 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

| | Title of Photograph | namhai130 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

| | Title of Photograph | namhai131 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

| | Title of Photograph | namhai132 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

| | Title of Photograph | namhai133 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

| | Title of Photograph | namhai134 |
|---|---|---|
| | Date of First Publication 6 July 2007 Nation of First Publication Singapore | |
| | Description of Photograph | |

**Name:** Jennison & Shultz, PC

**Number / Street / Apt:** 2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip:** Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | namhai135 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai136 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai137 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai138 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai139 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai140 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai141 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai142 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai143 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai144 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | namhai145 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | namhai146 | | | |
|---|---|---|---|---|---|
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |

Number — Title of Photograph: namhai145
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai146
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai147
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai148
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai149
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai150
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai151
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai152
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai153
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

Number — Title of Photograph: namhai154
Date of First Publication: 6 July 2007 — Nation of First Publication: Singapore
Description of Photograph (Optional):

**C**

Name:
Jennison & Shultz, PC

Number / Street / Apt:
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip:
Arlington, VA 22202-3604

| | | |
|---|---|---|
| Title of Photograph | namhai155 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai156 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai157 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai158 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai159 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai160 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai161 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai162 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai163 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | namhai164 | |
| Date of First Publication | 6 July 2007 | Nation of First Publication: Singapore |
| Description of Photograph | | |

**B** Registration for Group of Published Photographs (continued)

Name: Jenison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: namhai165
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai166
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai167
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai168
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai169
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai170
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai171
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai172
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai173
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai174
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604