# EXHIBIT 1-G

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | namhai175 | 6 July 2007 | Singapore |
| | namhai176 | 6 July 2007 | Singapore |
| | namhai177 | 6 July 2007 | Singapore |
| | namhai178 | 6 July 2007 | Singapore |
| | namhai179 | 6 July 2007 | Singapore |
| | namhai180 | 6 July 2007 | Singapore |
| | namhai181 | 6 July 2007 | Singapore |
| | namhai182 | 6 July 2007 | Singapore |
| | namhai183 | 6 July 2007 | Singapore |
| | namhai184 | 6 July 2007 | Singapore |

**C**

Certificate of this method of authorship must be selected to this statement.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph: namhai185
Date of First Publication: 6 (Month) July (Day) 2007 (Year) Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: namhai186
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**Number**

Title of Photograph: namhai187
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**Number**

Title of Photograph: namhai188
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**Number**

Title of Photograph: namhai189
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**Number**

Title of Photograph: namhai190
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**Number**

Title of Photograph: namhai191
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**Number**

Title of Photograph: namhai192
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**Number**

Title of Photograph: namhai193
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

**Number**

Title of Photograph: namhai194
Date of First Publication: 6 July 2007 Nation of First Publication: Singapore
Description of Photograph:

---

**C**

Certificate will be mailed in window envelope to this address

Name: Jenison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
and related information
Washington, DC 20559-6000

B Registration for Group of Published Photographs (continued)

Title of Photograph __namhai195__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai196__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai197__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai198__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai199__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai200__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai201__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai202__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai203__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

Title of Photograph __namhai204__
Date of First Publication __6__ (Month) __July__ (Day) __2007__ (Year) Nation of First Publication __Singapore__
Description of Photograph _____ (Optional)

C Certificate will be mailed in window envelope to this address

Name ▼
Jenison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000

B

| | |
|---|---|
| Title of Photograph | namhai205 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai206 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai207 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai208 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai209 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai210 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai211 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai212 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai213 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | namhai214 |
| Date of First Publication | 6 July 2007 Nation of First Publication Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC

Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip: Arlington, VA 22202-3604

**Title of Photograph** namhai215
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai216
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai217
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai218
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai219
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai220
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai221
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai222
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai223
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** namhai224
**Date of First Publication** 6 July 2007 **Nation of First Publication** Singapore
**Description of Photograph**

---

**Certificate will be mailed in window envelope to this address**

**Name:** Jennison & Shultz, PC
**Number / Street / Apt:** 2001 Jefferson Davis Hwy.; Suite 1102
**City / State / Zip:** Arlington, VA 22202-3604

C

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | namhai225 | | | **B** |
| | Date of First Publication | 6 (Month) July (Day) 2007 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | |
| **Number** | Title of Photograph | namhai226 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |
| **Number** | Title of Photograph | namhai227 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |
| **Number** | Title of Photograph | namhai228 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |
| **Number** | Title of Photograph | namhai229 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |
| **Number** | Title of Photograph | namhai230 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |
| **Number** | Title of Photograph | namhai231 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |
| **Number** | Title of Photograph | namhai232 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |
| **Number** | Title of Photograph | namhai233 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |
| **Number** | Title of Photograph | namhai234 | | | |
| | Date of First Publication | 6 July 2007 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: namhai235
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai236
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai237
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai238
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai239
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai240
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai241
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai242
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai243
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai244
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenkison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: namhai245
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai246
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai247
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai248
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai249
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai250
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai251
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai252
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai253
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: namhai254
Date of First Publication: 6 July 2007  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jenison & Sinitz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | namhai255 | 6 July 2007 | Singapore |
| | namhai256 | 6 July 2007 | Singapore |
| | namhai257 | 6 July 2007 | Singapore |
| | namhai258 | 6 July 2007 | Singapore |
| | namhai259 | 6 July 2007 | Singapore |
| | namhai260 | 6 July 2007 | Singapore |
| | namhai261 | 6 July 2007 | Singapore |
| | namhai262 | 6 July 2007 | Singapore |
| | namhai263 | 6 July 2007 | Singapore |
| | namhai264 | 6 July 2007 | Singapore |

**B**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | namhai265 | 6 July 2007 | Singapore |
| | namhai266 | 6 July 2007 | Singapore |
| | namhai267 | 6 July 2007 | Singapore |
| | namhai268 | 6 July 2007 | Singapore |
| | namhai269 | 6 July 2007 | Singapore |

**Name:** Jennison & Shultz, PC
**Number/Street/Apt:** 2001 Jefferson Davis Hwy., Suite 1102
**City/State/Zip:** Arlington, VA 22202-9604