# EXHIBIT 1-K

**B** Registration for Group of Published Photographs (continued)

**Number**
Title of Photograph: leela076
Date of First Publication: 12 (Month) March (Day) 2004 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela077
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela078
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela079
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela080
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela081
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela082
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela083
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela084
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: leela085
Date of First Publication: 12 March 2004 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**C**
Certificate will be mailed in window envelope to this address:

Name ▼: Jennison & Shultz, PC
Number / Street / Apt ▼: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | leela086 | 12 March 2004 | Singapore |
| | leela087 | 12 March 2004 | Singapore |
| | leela088 | 12 March 2004 | Singapore |
| | leela089 | 12 March 2004 | Singapore |
| | leela090 | 12 March 2004 | Singapore |
| | leela091 | 12 March 2004 | Singapore |
| | leela092 | 12 March 2004 | Singapore |
| | leela093 | 12 March 2004 | Singapore |
| | leela094 | 12 March 2004 | Singapore |
| | leela095 | 12 March 2004 | Singapore |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | Title of Photograph | leela096 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela097 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela098 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela099 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela100 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela101 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela102 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela103 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela104 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela105 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**B** Registration for Group of Published Photographs (continued)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | |
|---|---|
| Title of Photograph | leela106 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela107 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela108 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela109 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela110 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela111 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela112 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela113 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela114 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | leela115 |
| Date of First Publication | 12 March 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | |
|---|---|---|---|
| Title of Photograph | leela116 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela117 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela118 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela119 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela120 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela121 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela122 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela123 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela124 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | leela125 | | |
| Date of First Publication | 12 March 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | | | | | | **B** |
|---|---|---|---|---|---|---|
| Number | Title of Photograph | leela126 | | | | |
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela127 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela128 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela129 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela130 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela131 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela132 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela133 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela134 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | leela135 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

B

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela136 | | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela137 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela138 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela139 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela140 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela141 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela142 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela143 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela144 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela145 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**C**

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | Title of Photograph | leela146 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela147 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela148 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela149 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela150 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela151 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela152 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela153 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela154 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | leela155 |
| | Date of First Publication | 12 March 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**B** Application for Copyright of Published Photographs (continued)

**C** Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application Form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela156 | | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela157 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela158 | | | | |
| Date of First Publication | 12 | April | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela159 | | | | |
| Date of First Publication | 12 | April | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela160 | | | | |
| Date of First Publication | 11 | June | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai001 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai002 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai003 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai004 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai005 | | | | |
| Date of First Publication | 30 | May | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | |
|---|---|---|
| Title of Photograph | setai006 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai007 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai008 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai009 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai010 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai011 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai012 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai013 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai014 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | setai015 | |
| Date of First Publication | 30 May 2004 | Nation of First Publication Singapore |
| Description of Photograph | | |

**Name:** Jennison & Shultz, PC
**Number/Street/Apt:** 2001 Jefferson Davis Hwy.; Suite 1102
**City/State/Zip:** Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai016 | | | B |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai017 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai018 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai019 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai020 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai021 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai022 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai023 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai024 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai025 | | | |
| | Date of First Publication | 30 May 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | |

**Name:** Jennison & Shultz, PC

**Number / Street / Apt:** 2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip:** Arlington, VA 22202-3604

C

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | setai026 | 30 May 2004 | Singapore |
| | setai027 | 30 May 2004 | Singapore |
| | setai028 | 30 May 2004 | Singapore |
| | setai029 | 30 May 2004 | Singapore |
| | setai030 | 30 May 2004 | Singapore |
| | setai031 | 30 May 2004 | Singapore |
| | setai032 | 30 May 2004 | Singapore |
| | setai033 | 30 May 2004 | Singapore |
| | setai034 | 30 May 2004 | Singapore |
| | setai035 | 30 May 2004 | Singapore |

**B**

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | setai036 | 30 May 2004 | Singapore |
| | setai037 | 30 May 2004 | Singapore |
| | setai038 | 30 May 2004 | Singapore |
| | setai039 | 30 May 2004 | Singapore |
| | setai040 | 30 May 2004 | Singapore |
| | setai041 | 30 May 2004 | Singapore |
| | chediclub001 | 12 August 2004 | Singapore |
| | chediclub002 | 12 August 2004 | Singapore |
| | chediclub003 | 12 August 2004 | Singapore |
| | chediclub004 | 12 August 2004 | Singapore |

**B** — Registration for Group of Published Photographs (Continued)

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS TO THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000