# EXHIBIT 1-L

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub005 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub006 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub007 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub008 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub009 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub010 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub011 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub012 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub013 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |
| Title of Photograph | chediclub014 | | |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub015 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub016 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub017 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub018 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub019 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub020 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub021 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub022 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub023 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub024 |
| | Date of First Publication | 12 August 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | chediclub025 | 12 August 2004 | Singapore |
| | chediclub026 | 12 August 2004 | Singapore |
| | chediclub027 | 12 August 2004 | Singapore |
| | chediclub028 | 12 August 2004 | Singapore |
| | chediclub029 | 12 August 2004 | Singapore |
| | chediclub030 | 12 August 2004 | Singapore |
| | chediclub031 | 12 August 2004 | Singapore |
| | chediclub032 | 12 August 2004 | Singapore |
| | chediclub033 | 12 August 2004 | Singapore |
| | chediclub034 | 12 August 2004 | Singapore |

**B** Registration for Group of Published Photographs (continued)

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Number | Title of Photograph | chediclub035 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub036 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub037 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub038 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub039 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub040 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub041 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub042 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub043 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chediclub044 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**B** — Registration for Group of Published Photographs (continued)

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee payable to many photographs in Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | Title of Photograph | chediclub045 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub046 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub047 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub048 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub049 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub050 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub051 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub052 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub053 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub054 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Number: 
Title of Photograph: chediclub055
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub056
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub057
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub058
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub059
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub060
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub061
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub062
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub063
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

Number:
Title of Photograph: chediclub064
Date of First Publication: 12 August 2004  Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC

| | | |
|---|---|---|
| Title of Photograph | chediclub065 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub066 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub067 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub068 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub069 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub070 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub071 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub072 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub073 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |
| Title of Photograph | chediclub074 | |
| Date of First Publication | 12 August 2004 | Nation of First Publication: Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | chediclub075 | 12 August 2004 | Singapore |
| | chediclub076 | 12 August 2004 | Singapore |
| | chediclub077 | 12 August 2004 | Singapore |
| | chediclub078 | 12 August 2004 | Singapore |
| | chediclub079 | 12 August 2004 | Singapore |
| | chediclub080 | 12 August 2004 | Singapore |
| | chediclub081 | 12 August 2004 | Singapore |
| | chediclub082 | 12 August 2004 | Singapore |
| | chediclub083 | 12 August 2004 | Singapore |
| | chediclub084 | 12 August 2004 | Singapore |

**B**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: chediclub085
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub086
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub087
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub088
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub089
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub090
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub091
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub092
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub093
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub094
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub095 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub096 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub097 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub098 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub099 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub100 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub101 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub102 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub103 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub104 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | | |

**Name:** Jennison & Shultz, PC
**Number / Street / Apt:** 2001 Jefferson Davis Hwy., Suite 1102
**City / State / Zip:** Arlington, VA 22202-3604

| | | | | | | | **B** |
|---|---|---|---|---|---|---|---|
| Title of Photograph | chediclub105 | | | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | | |
| Description of Photograph | | | | | | | |

Title of Photograph: chediclub105
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub106
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub107
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub108
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub109
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub110
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub111
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub112
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub113
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub114
Date of First Publication: 12 August 2004
Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub115 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub116 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub117 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub118 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub119 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub120 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub121 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub122 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub123 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chediclub124 |
| | Date of First Publication | 12 August 2004 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub125 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub126 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub127 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub128 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub129 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub130 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub131 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub132 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub133 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub134 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604