# EXHIBIT 1-M

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | chediclub135 | 12 August 2004 | Singapore |
| | chediclub136 | 12 August 2004 | Singapore |
| | chediclub137 | 12 August 2004 | Singapore |
| | chediclub138 | 12 August 2004 | Singapore |
| | chediclub139 | 12 August 2004 | Singapore |
| | legianclub017 | 12 August 2004 | Singapore |
| | legianclub018 | 12 August 2004 | Singapore |
| | legianclub019 | 12 August 2004 | Singapore |
| | legianclub020 | 12 August 2004 | Singapore |
| | legianclub021 | 12 August 2004 | Singapore |

**B** Individual continuation of published photographs (cont'd)

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs GR/PPh (Revised)

**Number**
Title of Photograph: legianclub022
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian026
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian027
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian028
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian029
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian030
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian031
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian032
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian033
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: legian034
Date of First Publication: 12 August 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed to address:

Name: Jenison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | legian035 | 12 August 2004 | Singapore |
| | legian036 | 12 August 2004 | Singapore |
| | legian037 | 12 August 2004 | Singapore |
| | legian038 | 12 August 2004 | Singapore |
| | legian039 | 12 August 2004 | Singapore |
| | legian040 | 12 August 2004 | Singapore |
| | legian041 | 12 August 2004 | Singapore |
| | legian042 | 12 August 2004 | Singapore |
| | legian043 | 12 August 2004 | Singapore |
| | legian044 | 12 August 2004 | Singapore |

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

B
Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | legian045 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian046 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian047 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian048 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian049 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian050 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian051 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian052 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian053 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | legian054 |
| Date of First Publication | 12 August 2004 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

C

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Title of Photograph | legian055 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian056 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian057 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian058 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian059 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian060 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian061 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian062 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian063 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | legian064 |
| Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name: Jamison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph: legian065
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chediclub140
Date of First Publication: 12 August 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai001
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai002
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai003
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai004
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai005
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai006
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai007
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai008
Date of First Publication: 20 October 2004   Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai009 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai010 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai011 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai002 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai013 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai014 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai015 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai016 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai017 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai018 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | (Optional) |

**B** Registration for Group of Published Photographs (continued)

Certificate will be mailed in window envelope to this address:

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai019 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai020 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai021 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai022 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai023 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai024 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai025 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai026 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai027 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | chiangmai028 |
| | Date of First Publication | 20 October 2004 Nation of First Publication Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | Title of Photograph | chiangmai029 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai030 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai031 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai032 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai033 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai034 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai035 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai036 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai037 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | Title of Photograph | chiangmai038 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chiangmai039 | | | **B** |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai040 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai041 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai042 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai043 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai044 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai045 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai046 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai047 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |
| Title of Photograph | chiangmai048 | | | |
| Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

**C**

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

B
Registration for Group of Published Photographs (continued)

**Number**
Title of Photograph: chiangmai049
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai050
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai051
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai052
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai053
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai054
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai055
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai056
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai057
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

**Number**
Title of Photograph: chiangmai058
Date of First Publication: 20 October 2004  Nation of First Publication: Singapore
Description of Photograph:

C

Certificate will be mailed in window envelope to this address:
Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| | Title of Photograph: chiangmai059 | B |
|---|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore | |
| | Description of Photograph: | |

| | Title of Photograph: chiangmai060 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

| | Title of Photograph: chiangmai061 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

| | Title of Photograph: chiangmai062 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

| | Title of Photograph: chiangmai063 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

| | Title of Photograph: chiangmai064 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

| | Title of Photograph: chiangmai065 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

| | Title of Photograph: chiangmai066 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

| | Title of Photograph: chiangmai067 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

| | Title of Photograph: chiangmai068 |
|---|---|
| | Date of First Publication: 20 October 2004 Nation of First Publication: Singapore |
| | Description of Photograph: |

**Name:** Jenison & Shultz, PC

**Number / Street / Apt:** 2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip:** Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | **Title of Photograph** | chiangmai069 |
| | **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| | **Description of Photograph** | |

| Number | | |
|---|---|---|
| | **Title of Photograph** | chiangmai070 |
| | **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| | **Description of Photograph** | |

| Number | | |
|---|---|---|
| | **Title of Photograph** | chiangmai071 |
| | **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| | **Description of Photograph** | |

| Number | | |
|---|---|---|
| | **Title of Photograph** | chiangmai072 |
| | **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| | **Description of Photograph** | |

| Number | | |
|---|---|---|
| | **Title of Photograph** | chiangmai073 |
| | **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| | **Description of Photograph** | |

| Number | | |
|---|---|---|
| | **Title of Photograph** | chiangmai074 |
| | **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| | **Description of Photograph** | |

| Number | | |
|---|---|---|
| | **Title of Photograph** | chiangmai075 |
| | **Date of First Publication** 20 October 2004 | **Nation of First Publication** Singapore |
| | **Description of Photograph** | |

**B**

**C**

Certificate will be mailed in window envelope to this address:

**Name** ▼
Jennison & Shultz, PC

**Number / Street / Apt** ▼
2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip** ▼
Arlington, VA 22202-3604