# EXHIBIT 1-N

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-330**

**EFFECTIVE DATE OF REGISTRATION**
12 / 29 / 2010

---

**1. Title of This Work ▼**
The Wave Design Pte. Ltd. Photographs 2006

**NATURE OF THIS WORK ▼**
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 362 photographs

**2. NAME OF AUTHOR ▼**
a. The Wave Design Pte. Ltd.

Was this contribution to the work a "work made for hire"?
☑ Yes   ☐ No

Author's Nationality or Domicile
Domiciled in Singapore

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

Nature of Authorship:
☑ Photograph

**3.** Year in Which Creation of This Work Was Completed: **2006**
Date and Nation of First Publication of This Particular Work: **8/23 - 12/12/2006**, Singapore

**4. COPYRIGHT CLAIMANT(S)**
THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

APPLICATION RECEIVED: 12/29/2010
ONE DEPOSIT RECEIVED

EXAMINED BY _____  FORM VA
CHECKED BY _____

☐ CORRESPONDENCE
   Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material  Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

b. Material Added to This Work  Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                              Account Number ▼
Jennison & Shultz, P.C.                                             080519

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  (703) 415-1640                Fax number  (703) 415-0788
Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  THE WAVE DESIGN PTE LTD
                       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                          Date  28 December 2010

        Handwritten signature (X) ▼
        X _____

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

**9**

* Complete all necessary spaces
* Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## for Group Registration of Published Photographs

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

Form GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

EFFECTIVE DATE OF REGISTRATION

12 / 29 / 2010

CONTINUATION SHEET RECEIVED

Page 3 of 39 pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A  IDENTIFICATION OF AUTHOR AND CLAIMANT:

Name of Author: THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant: THE WAVE DESIGN PTE. LTD.; 10A Trengganu Street, Singapore 058464

## B  COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:

Title of Photograph: milan001
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan002
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan003
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan004
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan005
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph:

| Number | | |
|---|---|---|
| | Title of Photograph | milan006 |
| | Date of First Publication | 23 August 2006 (Month) (Day) (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan007 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan008 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan009 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan010 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan011 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan012 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan013 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan014 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan015 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:

MAIL TO:
Library of Congress

**B**

Title of Photograph: milan016
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan017
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan018
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan019
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan020
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan021
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan022
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan023
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan024
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: milan025
Date of First Publication: 23 August 2006  Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | milan026 | 23 August 2006 | Singapore |
| | milan027 | 23 August 2006 | Singapore |
| | milan028 | 23 August 2006 | Singapore |
| | milan029 | 23 August 2006 | Singapore |
| | milan030 | 23 August 2006 | Singapore |
| | milan031 | 23 August 2006 | Singapore |
| | milan032 | 23 August 2006 | Singapore |
| | milan033 | 23 August 2006 | Singapore |
| | milan034 | 23 August 2006 | Singapore |
| | milan035 | 23 August 2006 | Singapore |

**B** Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan036 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan037 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan038 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan039 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan040 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan041 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan042 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan043 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan044 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | milan045 | | | |
| Date of First Publication | 23 August 2006 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | |

**B** Registration for Group of Published Photographs (continued)

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**C**

B
Registration
for Group of
Published
Photographs
(continued)

**Number**

Title of Photograph: milan046
Date of First Publication: 23 (Month) August (Day) 2006 (Year)   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan047
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan048
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan049
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan050
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan051
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan052
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan053
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan054
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: milan055
Date of First Publication: 23 August 2006   Nation of First Publication: Singapore
Description of Photograph: (Optional)

C

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | milan056 | 23 August 2006 | Singapore |
| | milan057 | 23 August 2006 | Singapore |
| | milan058 | 23 August 2006 | Singapore |
| | milan059 | 23 August 2006 | Singapore |
| | milan060 | 23 August 2006 | Singapore |
| | milan061 | 23 August 2006 | Singapore |
| | milan062 | 23 August 2006 | Singapore |
| | milan063 | 23 August 2006 | Singapore |
| | milan064 | 23 August 2006 | Singapore |
| | milan065 | 23 August 2006 | Singapore |

**B** Registration for Group of Published Photographs (continued)

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

B
Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | milan066 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan067 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan068 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan069 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan070 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan071 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan072 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | milan073 |
| | Date of First Publication | 23 August 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | seraiclub001 |
| | Date of First Publication | 4 September 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | seraiclub002 |
| | Date of First Publication | 4 September 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

C

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000