# EXHIBIT 1-O

**B**

Registration
number of
Published
Photographs
(continued)

**Number**

Title of Photograph — seraiclub003

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub004

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub005

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub006

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub007

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub008

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub009

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub010

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub011

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph — seraiclub012

Date of First Publication — 4 September 2006
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Certificate
will be mailed
in window
envelope for
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, DC 20559-6000

**Number**
Title of Photograph — seraiclub013
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub014
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub015
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub016
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub017
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub018
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub019
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub020
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub021
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**Number**
Title of Photograph — seraiclub022
Date of First Publication  4    September    2006    Nation of First Publication    Singapore
                         [Month]  [Day]  [Year]
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office

**B**

Number

Title of Photograph    seraiclub023

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub024

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub025

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub026

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub027

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub028

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub029

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub030

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub031

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

Number

Title of Photograph    seraiclub032

Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Option)

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, DC 20559-6000

**B**

Number

Title of Photograph ___ seraiclub033 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub034 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub035 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub036 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub037 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub038 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub039 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub040 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub041 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ seraiclub042 ___

Date of First Publication ___ 4 ___ September ___ 2006 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)

Description of Photograph ___ (Optional) ___

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph    seraiclub043
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub044
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub045
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub046
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub047
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub048
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub049
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub050
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub051
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

Number

Title of Photograph    seraiclub052
Date of First Publication    4    September    2006    Nation of First Publication    Singapore
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**Number**

Title of Photograph    legian066

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian067

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian068

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian069

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian070

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian071

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian072

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian073

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian074

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

**Number**

Title of Photograph    legian075

Date of First Publication    4 _(Month)_    October _(Day)_    2006 _(Year)_    Nation of First Publication    Singapore

Description of Photograph _(Optional)_

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

**Number**

Title of Photograph    legian076

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian077

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian078

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian079

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian080

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian081

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian082

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian083

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian084

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

**Number**

Title of Photograph    legian085

Date of First Publication   4    October    2006    Nation of First Publication    Singapore
*(Month)*   *(Day)*   *(Year)*

Description of Photograph *(Optional)*

---

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000

Registration for Group of Published Photographs (Continued)

| | | |
|---|---|---|
| Number | Title of Photograph | legian086 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian087 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian088 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian089 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian090 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian091 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian092 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian093 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian094 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | legian095 |
| | Date of First Publication 4 (Month) October (Day) 2006 (Year) Nation of First Publication Singapore | |
| | Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address

Name ▼
Jamison & Sinltz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

C

**B**

Number
Title of Photograph   legian096
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian097
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian098
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian099
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian100
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian101
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian102
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian103
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian104
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

Number
Title of Photograph   legian105
Date of First Publication   4   October   2006   Nation of First Publication   Singapore
(Month)   (Day)   (Year)
Description of Photograph (Optional)

**C**

Certificate
will be mailed in
window
envelope to
this address

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Number ☐

Title of Photograph — legian106
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian107
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian108
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian109
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian110
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian111
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian112
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian113
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian114
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

Number ☐

Title of Photograph — legian115
Date of First Publication — 4 (Month) — October (Day) — 2006 (Year) — Nation of First Publication — Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604