# EXHIBIT 1-P

| | |
|---|---|
| **Number** | |
| Title of Photograph | legian116 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | legian117 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | legian118 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | legian119 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | legian120 |
| Date of First Publication | 4 October 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | setai393 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | setai394 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | setai395 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | setai396 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| **Number** | |
| Title of Photograph | setai397 |
| Date of First Publication | 12 December 2006 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**B** — Registration for Group of Published Photographs (continued)

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

Certificate will be mailed in window envelope to this address

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

MAIL TO:
Library of Congress
Copyright Office

B — Registration for Group of Published Photographs (continued)

**Number**
Title of Photograph: setai398
Date of First Publication: 12 (Month) December (Day) 2006 (Year)    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai399
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai400
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai401
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai402
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai403
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai404
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai405
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai406
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

**Number**
Title of Photograph: setai407
Date of First Publication: 12 December 2006    Nation of First Publication: Singapore
Description of Photograph (optional):

---

C

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee
3. Deposit material
MAIL TO:
Library of Congress, Copyright Office, 101 Independence Avenue SE, Washington, DC 20559-6000

B
Registration
for Group of
Published
Photographs
(continued)

**Number:**
Title of Photograph: setai408
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai409
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai410
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai411
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai412
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai413
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai414
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai415
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai416
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**Number:**
Title of Photograph: setai417
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

C

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B
Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph     setai418
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai419
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai420
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai421
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai422
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai423
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai424
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai425
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai426
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

Number

Title of Photograph     setai427
Date of First Publication   12   December   2006     Nation of First Publication     Singapore
                            (Month)  (Day)    (Year)
Description of Photograph _____

C

Certificate will be mailed in window envelope to this address:

Name ▼
Jenkson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B
Registration
for Group of
Published
Photographs
(continued)

| Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|
| setai428 | 12 December 2006 | Singapore |
| mendocino001 | 12 December 2006 | Singapore |
| mendocino002 | 12 December 2006 | Singapore |
| mendocino003 | 12 December 2006 | Singapore |
| mendocino004 | 12 December 2006 | Singapore |
| mendocino005 | 12 December 2006 | Singapore |
| mendocino006 | 12 December 2006 | Singapore |
| mendocino007 | 12 December 2006 | Singapore |
| mendocino008 | 12 December 2006 | Singapore |
| mendocino009 | 12 December 2006 | Singapore |

C

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino010 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino011 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph | |

Title of Photograph **mendocino012**
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph

Title of Photograph **mendocino013**
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph

Title of Photograph **mendocino014**
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph

Title of Photograph **mendocino015**
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph

Title of Photograph **mendocino016**
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph

Title of Photograph **mendocino017**
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph

Title of Photograph **mendocino018**
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph

Title of Photograph **mendocino019**
Date of First Publication 12 December 2006
Nation of First Publication Singapore
Description of Photograph

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

Registration for Group of Published Photographs (continued)

**B**

Title of Photograph: mendocino020
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino021
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino022
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino023
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino024
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino025
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino026
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino027
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino028
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino029
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office

**Number**
Title of Photograph: mendocino030
Date of First Publication: 12 (Month) December (Day) 2006 (Year)   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino031
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino032
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino033
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino034
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino035
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino036
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino037
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino038
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**
Title of Photograph: mendocino039
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph (Optional):

---

**C**

Certificate will be mailed in window envelope to this address:

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B Registration for Group of Published Photographs (continued)

**Number**
Title of Photograph: mendocino040
Date of First Publication: 12 (Month) December (Day) 2006 (Year) Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino041
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino042
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino043
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino044
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino045
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino046
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino047
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino048
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**
Title of Photograph: mendocino049
Date of First Publication: 12 December 2006 Nation of First Publication: Singapore
Description of Photograph: (Optional)

C

Certificate will be mailed in window envelope to this address

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino050 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino051 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino052 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino053 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino054 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino055 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino056 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino057 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino058 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino059 |
| | Date of First Publication | 12 December 2006 |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

C

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000