# EXHIBIT 1-Q

| | | |
|---|---|---|
| Title of Photograph | mendocino060 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino061 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino062 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino063 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino064 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino065 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino066 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino067 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino068 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | mendocino069 | |
| Date of First Publication | 12 December 2006 | Nation of First Publication: Singapore |
| Description of Photograph | | |

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip: Arlington, VA 22202-3604

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | mendocino070 | 12 December 2006 | Singapore |
| | mendocino071 | 12 December 2006 | Singapore |
| | mendocino072 | 12 December 2006 | Singapore |
| | mendocino073 | 12 December 2006 | Singapore |
| | mendocino074 | 12 December 2006 | Singapore |
| | mendocino075 | 12 December 2006 | Singapore |
| | mendocino076 | 12 December 2006 | Singapore |
| | mendocino077 | 12 December 2006 | Singapore |
| | mendocino078 | 12 December 2006 | Singapore |
| | mendocino079 | 12 December 2006 | Singapore |

**B** Registration for Group of Published Photographs (continued)

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

B
Reproduction
for Use and of
Published
Photographs
(continued)

**Title of Photograph** mendocino080
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino081
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino082
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino083
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino084
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino085
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino086
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino087
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino088
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

**Title of Photograph** mendocino089
**Date of First Publication** 12 December 2006 **Nation of First Publication** Singapore
**Description of Photograph**

C
Certificate will be mailed in window envelope to this address

**Name** Jeanison & Shultz, PC
**Number/Street/Apt** 2001 Jefferson Davis Hwy., Suite 1102
**City/State/Zip** Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

MAIL TO:
Library of Congress
Copyright Office

Registration for Group of Published Photographs (Continued)

**Number**

Title of Photograph: mendocino090
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino091
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino092
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino093
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino094
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino095
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino096
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino097
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino098
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**Number**

Title of Photograph: mendocino099
Date of First Publication: 12 December 2006
Nation of First Publication: Singapore
Description of Photograph: (Optional)

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

B
Registration
for Group of
Published
Photographs
(continued)

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| | mendocino100 | 12 December 2006 | Singapore |
| | mendocino101 | 12 December 2006 | Singapore |
| | mendocino102 | 12 December 2006 | Singapore |
| | mendocino103 | 12 December 2006 | Singapore |
| | mendocino104 | 12 December 2006 | Singapore |
| | mendocino105 | 12 December 2006 | Singapore |
| | mendocino106 | 12 December 2006 | Singapore |
| | mendocino107 | 12 December 2006 | Singapore |
| | mendocino108 | 12 December 2006 | Singapore |
| | mendocino109 | 12 December 2006 | Singapore |

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee
3. Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

B

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino110 |
| | Date of First Publication: 12 December 2006 (Month) (Day) (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino111 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino112 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino113 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino114 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino115 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino116 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino117 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino118 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | mendocino119 |
| | Date of First Publication: 12 December 2006 | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

C

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
• Pay your application fee

SEND ALL ELEMENTS IN THE SAME PACKAGE

MAIL TO:
Library of Congress
Copyright Office

B
Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph: mendocino120
Date of First Publication: 12 (Month) December (Day) 2006 (Year)  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino121
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino122
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino123
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino124
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino125
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino126
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino127
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino128
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

**Number**

Title of Photograph: mendocino129
Date of First Publication: 12 December 2006  Nation of First Publication: Singapore
Description of Photograph (Optional):

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | Title of Photograph | mendocino130 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino131 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino132 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino133 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino134 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino135 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino136 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino137 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino138 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino139 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph: mendocino140
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino141
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino142
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino143
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino144
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino145
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: mendocino146
Date of First Publication: 12 December 2006   Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

Title of Photograph:
Date of First Publication:   Nation of First Publication:
Description of Photograph:

**C**

Certificate will be mailed in window envelope to this address

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604