# EXHIBIT 1-R

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-331**

4V00001432331*

EFFECTIVE DATE OF REGISTRATION

12    30    2010
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

The Wave Pte. Ltd.  Photographs 2005 (A)

**NATURE OF THIS WORK ▼** See Instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 327 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

a    The Wave Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☑ No
Pseudonymous?    ☐ Yes    ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes    ☐ No
Pseudonymous?    ☐ Yes    ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

a    **Year in Which Creation of This Work Was Completed**    2005
This information must be given in all cases.

b    **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month  Jan. 18    Day _____    Year 2005
Singapore
June 15    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

Jennison & Shultz, P.C.          080519

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number ( 703 ) 415-1640          Fax number ( 703 ) 415-0788

Email John@JennisonLaw.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   THE WAVE PTE LTD
                        Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                        Date 28 December 2010

Handwritten signature (X) ▼

X _____

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

\*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

EFFECTIVE DATE OF REGISTRATION

*12*  *30*  *2010*
(Month)  (Day)  (Year)

CONTINUATION SHEET RECEIVED

Page _3_ of _36_ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ THE WAVE PTE. LTD.

Name of Copyright Claimant ___ THE WAVE PTE. LTD.; 36 Sago Street, Singapore 059027

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number**
Title of Photograph ___ andaman001
Date of First Publication ___ 15 (Month) June (Day) 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

**Number**
Title of Photograph ___ andaman002
Date of First Publication ___ 15 (Month) June (Day) 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

**Number**
Title of Photograph ___ andaman003
Date of First Publication ___ 15 (Month) June (Day) 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

**Number**
Title of Photograph ___ andaman004
Date of First Publication ___ 15 (Month) June (Day) 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

**Number**
Title of Photograph ___ andaman005
Date of First Publication ___ 15 (Month) June (Day) 2005 (Year) ___ Nation of First Publication ___ Singapore
Description of Photograph ___ (Optional)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman006 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman007 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman008 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman009 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman010 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman011 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman012 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman013 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman014 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman015 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman016 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman017 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman018 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman019 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman020 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman021 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman022 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman023 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman024 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman025 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Number

Title of Photograph ___ andaman026 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman027 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman028 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman029 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman030 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman031 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman032 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman033 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman034 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

Number

Title of Photograph ___ andaman035 ___
Date of First Publication ___ 15 ___ June ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month) (Day) (Year)
Description of Photograph ___ (Optional) ___

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman036 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman037 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman038 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman039 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman040 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman041 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman042 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman043 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman044 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | andaman045 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address:

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | | |
|---|---|---|---|---|---|---|

**Title of Photograph** andaman046

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman047

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman048

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman049

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman050

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman051

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman052

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman053

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman054

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**Title of Photograph** andaman055

**Date of First Publication** 15 (Month) June (Day) 2005 (Year) **Nation of First Publication** Singapore

**Description of Photograph** (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE!
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph andaman056

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman057

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman058

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman059

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman060

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman061

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman062

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman063

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman064

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph andaman065

Date of First Publication 15 (Month) June (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph  andaman066

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai001

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai002

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai003

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai004

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai005

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai006

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai007

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai008

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

**Number**

Title of Photograph  datai009

Date of First Publication  15  June  2005   Nation of First Publication  Singapore
(Month) (Day) (Year)

Description of Photograph  (Optional)

---

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

C

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai010 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai011 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai012 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai013 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai014 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai015 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai016 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai017 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai018 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai019 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai020 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai021 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai022 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai023 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai024 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai025 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai026 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai027 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai028 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

| Number | | | | | | |
|--------|--|--|--|--|--|--|
| | Title of Photograph | datai029 | | | | |
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore |
| | Description of Photograph | *(Optional)* | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**Number**

Title of Photograph — datai030

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai031

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai032

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai033

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai034

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai035

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai036

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai037

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai038

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — datai039

Date of First Publication — 15 (Month) June (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| | Title of Photograph | datai040 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai041 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai042 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai043 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai044 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai045 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai046 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai047 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai048 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai049 |
| | Date of First Publication 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai050 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai051 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai052 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai053 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai054 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai055 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai056 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai057 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai058 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

| Number | | |
|---|---|---|
| | **Title of Photograph** | datai059 |
| | **Date of First Publication** | 15 (Month)   June (Day)   2005 (Year)   **Nation of First Publication** Singapore |
| | **Description of Photograph** | (Optional) |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | datai060 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai061 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai062 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai063 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai064 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai065 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai066 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai067 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai068 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai069 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | |
|---|---|
| **Number** | **Title of Photograph** datai070 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai071 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai072 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai073 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai074 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai075 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai076 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai077 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai078 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

| | |
|---|---|
| **Number** | **Title of Photograph** datai079 |
| | **Date of First Publication** 15 (Month) June (Day) 2005 (Year)    **Nation of First Publication** Singapore |
| | **Description of Photograph** (Optional) |

---

**Certificate will be mailed in window envelope to this address**

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | |
|---|---|
| Number | |

Title of Photograph **datai080**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai081**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai082**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai083**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai084**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai085**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai086**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai087**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai088**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

| | |
|---|---|
| Number | |

Title of Photograph **datai089**

Date of First Publication **15** (Month) **June** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai090 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai091 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai092 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai093 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai094 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai095 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai096 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai097 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai098 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | datai099 | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|--------|--------|--------|
| Title of Photograph | datai100 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | datai101 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | datai102 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | datai103 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | setai042 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | setai043 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | setai044 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | setai045 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | setai046 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|--------|--------|--------|
| Title of Photograph | setai047 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| | Title of Photograph | setai048 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai049 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai050 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai051 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai052 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai053 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai054 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai055 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai056 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai057 |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | setai058 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai059 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai060 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai061 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai062 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai063 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai064 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai065 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai066 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | setai067 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

| Name ▼ |
|---|
| Jennison & Shultz, PC |
| Number / Street / Apt ▼ |
| 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ |
| Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph setai068

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai069

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai070

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai071

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai072

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai073

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai074

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai075

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai076

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

**Number**

Title of Photograph setai077

Date of First Publication 18 (Month) January (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

---

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai078 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai079 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai080 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai081 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai082 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai083 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai084 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai085 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai086 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai087 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**Number**

Title of Photograph — setai088

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai089

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai090

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai091

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai092

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai093

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai094

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai095

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai096

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — setai097

Date of First Publication — 18 (Month) January (Day) 2005 (Year) — Nation of First Publication — Singapore

Description of Photograph — (Optional)

---

Certificate
will be mailed
in a window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

C

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3  Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph **setai098**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai099**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai100**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai101**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai102**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai103**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai104**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai105**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai106**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **setai107**

Date of First Publication **18** (Month) **January** (Day) **2005** (Year)  Nation of First Publication **Singapore**

Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai108 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai109 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai110 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai111 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai112 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai113 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai114 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai115 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai116 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai117 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication ___ Singapore |
| | Description of Photograph (Optional) | | | | |

---

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai118 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai119 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai120 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai121 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai122 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai123 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai124 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai125 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai126 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai127 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

C

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai128 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai129 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai130 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai131 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai132 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai133 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai134 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai135 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai136 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai137 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable $30 in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | setai138 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai139 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai140 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai141 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai142 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai143 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai144 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai145 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai146 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai147 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai148 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai149 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai150 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai151 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai152 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai153 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai154 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai155 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | setai156 | | |
| | Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | seahst001 | | |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | |

Registration for Group of Published Photographs (continued)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| | Title of Photograph | seahst002 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst003 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst004 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst005 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst006 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst007 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst008 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst009 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst010 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | seahst011 |
| | Date of First Publication | 24 (Month) February (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | seahst012 | |
| Date of First Publication | 24 (Month) February (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst013 | |
| Date of First Publication | 24 (Month) February (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst014 | |
| Date of First Publication | 24 (Month) February (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst015 | |
| Date of First Publication | 24 (Month) February (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst016 | |
| Date of First Publication | 24 (Month) February (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seahst017 | |
| Date of First Publication | 24 (Month) February (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai157 | |
| Date of First Publication | 26 (Month) May (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai158 | |
| Date of First Publication | 26 (Month) May (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai159 | |
| Date of First Publication | 26 (Month) May (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai181 | |
| Date of First Publication | 26 (Month) May (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai160 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai161 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai162 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai163 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai164 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai165 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai166 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai167 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai168 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai169 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai170 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai171 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai172 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai173 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai174 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai175 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai176 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai177 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai178 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai179 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

| Number | Title of Photograph | setai180 | | | |
|--------|---------------------|----------|---|---|---|
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | datai104 | | | |
|--------|---------------------|----------|---|---|---|
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | | | | |
|--------|---------------------|---|---|---|---|
| | Date of First Publication : (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | | | | |
|--------|---------------------|---|---|---|---|
| | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | | | | |
|--------|---------------------|---|---|---|---|
| | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | | | | |
|--------|---------------------|---|---|---|---|
| | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | | | | |
|--------|---------------------|---|---|---|---|
| | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | | | | |
|--------|---------------------|---|---|---|---|
| | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | | | | |
|--------|---------------------|---|---|---|---|
| | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | |

| Number | Title of Photograph | | | | |
|--------|---------------------|---|---|---|---|
| | Date of First Publication (Month) | (Day) | (Year) | Nation of First Publication | |
| | Description of Photograph (Optional) | | | | |

**Certificate will be mailed in window envelope to this address**

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000