# EXHIBIT 1-S

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VA 1-432-332**

EFFECTIVE DATE OF REGISTRATION

12    30    2010
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼

The Wave Design Pte. Ltd. Photographs 2005 (B)

NATURE OF THIS WORK ▼ See instructions

Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 394 photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** NAME OF AUTHOR ▼

The Wave Design Pte. Ltd.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in Singapore

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year in Which Creation of This Work Was Completed

2005

This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information Month July 6 - Oct. 8 Day ____ Year 2005
ONLY if this work has been published.
Singapore Nation

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶ · Complete all applicable spaces (numbers 5-9) on the reverse side of this page. · See detailed instructions. · Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY

CHECKED BY

☑ CORRESPONDENCE
Yes (In Siebe) (B#: 1-543173304)

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a

b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                   080519

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number   ( 703 ) 415-1640          Fax number    ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of   **THE WAVE DESIGN PTE LTD**
                         Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                          Date   28 December 2010

Handwritten signature (X) ▼

X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*



- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**EFFECTIVE DATE OF REGISTRATION**

*12* (Month)    *30* (Day)    *2010* (Year)

**CONTINUATION SHEET RECEIVED**

Page *3* of *43* pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant ___ THE WAVE DESIGN PTE. LTD.; 10A Trengganu Street, Singapore 058464

---

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat149 | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat150 | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat151 | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat152 | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | muscat153 | | | |
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| Description of Photograph (Optional) | | | | |

| | |
|---|---|
| Number | |

**Title of Photograph** — muscat154
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat155
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat156
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat157
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat158
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat159
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat160
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat161
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat162
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**Title of Photograph** — muscat163
**Date of First Publication** — 6 (Month) — July (Day) — 2005 (Year) — **Nation of First Publication** — Singapore
**Description of Photograph** — (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 nonrefundable filing fee
  in check or money order
  payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | Title of Photograph | muscat164 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat165 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat166 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat167 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat168 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat169 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat170 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat171 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat172 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

| Number | Title of Photograph | muscat173 |
|---|---|---|
| Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all applicable spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph __ muscat174

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph __ muscat175

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Number

Title of Photograph __ muscat176

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Number

Title of Photograph __ muscat167

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Number

Title of Photograph __ muscat178

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Number

Title of Photograph __ muscat179

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Number

Title of Photograph __ muscat180

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Number

Title of Photograph __ muscat181

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Number

Title of Photograph __ muscat182

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

Number

Title of Photograph __ muscat183

Date of First Publication __ 6 __ July __ 2005 __ Nation of First Publication __ Singapore
                                    (Month)   (Day)   (Year)

Description of Photograph __
                            (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee
   in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office 101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| Title of Photograph | muscat184 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat185 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat186 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat187 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat188 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat189 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat190 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat191 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat192 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat193 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat194 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat195 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat196 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat197 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat198 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat199 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat200 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat201 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat202 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat203 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | muscat204 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat205 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat206 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat207 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat208 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat209 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat210 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat211 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat212 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | muscat213 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | muscat214 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat215 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat216 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat217 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat218 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat219 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat220 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat221 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat222 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat223 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all applicable spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat224 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat225 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat226 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat227 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat228 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat229 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat230 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat231 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat232 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat233 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Registration for Group of Published Photographs (continued)

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat234 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat235 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat236 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat237 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat238 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat239 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat240 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat241 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat242 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

| Number | | | |
|---|---|---|---|
| | Title of Photograph | muscat243 | |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | |

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue S.E.
Washington, DC 20559-6000

**Number**

Title of Photograph — muscat244

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — muscat245

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — muscat246

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — muscat247

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — muscat248

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — muscat249

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — muscat250

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — muscat251

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — muscat252

Date of First Publication — 6 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph — namhai001

Date of First Publication — 14 (Month) July (Day) 2005 (Year)  Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Number

Title of Photograph ___ namhai002

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai003

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai004

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai005

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai006

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai007

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai008

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai009

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai010

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph ___ namhai011

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to *Register of
   Copyrights*
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph ___ namhai012

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai013

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai014

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai015

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai016

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai017

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai018

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai019

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai020

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph ___ namhai021

Date of First Publication ___ 14 (Month) ___ July (Day) ___ 2005 (Year) ___ Nation of First Publication ___ Singapore

Description of Photograph (Optional)

---

**Certificate will be mailed in window envelope to this address**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph **namhai022**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai023**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai024**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai025**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai026**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai027**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai028**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai029**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai030**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

**Number**

Title of Photograph **namhai031**

Date of First Publication **14** (Month) **July** (Day) **2005** (Year)   Nation of First Publication **Singapore**

Description of Photograph (Optional)

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

| Number | Title of Photograph | namhai032 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai033 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai034 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai035 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai036 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai037 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai038 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai039 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai040 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

| Number | Title of Photograph | namhai041 |
|--------|--------|-----------|

Date of First Publication  14 (Month)  July (Day)  2005 (Year)   Nation of First Publication  Singapore

Description of Photograph  (Optional)

---

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai042 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai043 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai044 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai045 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai046 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai047 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai048 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai049 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai050 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | namhai051 | | | |
| | Date of First Publication | 14 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph namhai052

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai053

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai054

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai055

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai056

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai057

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai058

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai059

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai060

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

Number

Title of Photograph namhai061

Date of First Publication 14 (Month) July (Day) 2005 (Year) Nation of First Publication Singapore

Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jemison & Shuie, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | namhai062 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai063 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai064 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai065 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai066 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai067 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai068 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | namhai069 | |
| Date of First Publication | 14 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | carcosa001 | |
| Date of First Publication | 16 (Month) September (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | carcosa002 | |
| Date of First Publication | 16 (Month) September (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington DC 20559-6000

**B**

Registration for this of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | carcosa003 |
| | Date of First Publication: 16 (Month) September (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai185 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai186 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai187 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai188 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai189 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai190 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai191 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai192 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai193 |
| | Date of First Publication: 8 (Month) October (Day) 2005 (Year) | Nation of First Publication: Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
· Complete all necessary spaces
· Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000