# EXHIBIT 1-T

Title of Photograph ___ setai194
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai195
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai196
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai197
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai198
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai199
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai200
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai201
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai202
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

Title of Photograph ___ setai203
Date of First Publication ___ 8 __ October __ 2005 __ Nation of First Publication ___ Singapore
  (Month) (Day) (Year)
Description of Photograph ___ (Optional)

C

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• complete all necessary spaces
• sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee
  in check or money order
  payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph setai204

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai205

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai206

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai207

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai208

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai209

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai210

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai211

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai212

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

**Number**

Title of Photograph setai213

Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | setai214 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai215 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai216 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai217 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai218 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai219 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai220 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai221 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai222 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai223 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | Title of Photograph | setai224 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai225 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai226 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai227 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai228 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai229 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai230 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai231 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai232 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | setai233 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

C

**B**
Registration
for Group of
Published
Photographs
(continued)

**Number**

Title of Photograph setai234
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai235
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai236
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai237
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai238
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai239
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai240
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai241
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai242
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph setai243
Date of First Publication 8 October 2005 Nation of First Publication Singapore
(Month) (Day) (Year)
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| | Title of Photograph | setai244 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai245 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai246 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai247 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai248 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai249 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai250 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai251 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai252 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai253 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

Certificate
will be mailed
in window
envelope to
this address:

**Name ▼**
Jamison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | setai254 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai255 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai256 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai257 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai258 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai259 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai260 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai261 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai262 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai263 | |
| Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

Library of Congress
Copyright Office
Washington, DC 20559

| | |
|---|---|
| Number | Title of Photograph __setai264__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai265__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai266__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai267__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai268__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai269__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai270__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai271__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai272__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| Number | Title of Photograph __setai273__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

**Certificate will be mailed in window envelope to this address**

Name ▼
**Jenkison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

**Number**

Title of Photograph ___ setai274

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai275

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai276

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai277

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai278

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai279

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai280

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai281

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai282

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**Number**

Title of Photograph ___ setai283

Date of First Publication __ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph ___ (Optional) _____

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee
   in check or money order
   payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph ___ setai284

Date of First Publication ___ 8 _(Month)_ October _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ setai285

Date of First Publication ___ 8 _(Month)_ October _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ setai286

Date of First Publication ___ 8 _(Month)_ October _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ setai287

Date of First Publication ___ 8 _(Month)_ October _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ setai288

Date of First Publication ___ 8 _(Month)_ October _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ setai289

Date of First Publication ___ 8 _(Month)_ October _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ setai290

Date of First Publication ___ 8 _(Month)_ October _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ carcosa004

Date of First Publication ___ 16 _(Month)_ September _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ carcosa005

Date of First Publication ___ 16 _(Month)_ September _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

**Number**

Title of Photograph ___ carcosa006

Date of First Publication ___ 16 _(Month)_ September _(Day)_ 2005 _(Year)_ Nation of First Publication ___ Singapore

Description of Photograph _(Optional)_ ___

---

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. SE
Washington, DC 20559-6000

**Number**

Title of Photograph — carcosa007

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa008

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa009

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa010

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa011

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa012

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa013

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa014

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa015

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

**Number**

Title of Photograph — carcosa016

Date of First Publication — 16 September 2005
(Month) (Day) (Year)

Nation of First Publication — Singapore

Description of Photograph — (Optional)

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration Number of Published Photographs (continued)

| | |
|---|---|
| **Number** | Title of Photograph __carcosa017__ |
| | Date of First Publication __16__ (Month) __September__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __carcosa018__ |
| | Date of First Publication __16__ (Month) __September__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __carcosa019__ |
| | Date of First Publication __16__ (Month) __September__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __carcosa020__ |
| | Date of First Publication __16__ (Month) __September__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __carcosa021__ |
| | Date of First Publication __16__ (Month) __September__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __carcosa022__ |
| | Date of First Publication __16__ (Month) __September__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __carcosa023__ |
| | Date of First Publication __16__ (Month) __September__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __setai291__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __setai292__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph __setai293__ |
| | Date of First Publication __8__ (Month) __October__ (Day) __2005__ (Year) Nation of First Publication __Singapore__ |
| | Description of Photograph (Optional) |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

**B**

| | |
|---|---|
| **Number** | Title of Photograph — setai294 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| **Number** | Title of Photograph — setai295 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph — setai296 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph — setai297 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph — setai298 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph — setai299 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph — setai300 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph — setai301 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph — setai302 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

| | |
|---|---|
| **Number** | Title of Photograph — setai303 |
| | Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

Number

Title of Photograph ___ setai304

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai305

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai306

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai307

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai308

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai309

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai310

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai311

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai312

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai313

Date of First Publication __8__ ___October___ __2005__  Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave., S.E.
Washington, DC 20559-6000

Title of Photograph ___ setai314
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Registration
for a Group of
Published
Photographs
(continued)

Title of Photograph ___ setai315
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Title of Photograph ___ setai316
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Title of Photograph ___ setai317
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Title of Photograph ___ setai318
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Title of Photograph ___ setai319
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Title of Photograph ___ setai320
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Title of Photograph ___ setai321
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Title of Photograph ___ setai322
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Title of Photograph ___ setai323
Date of First Publication ___ 8 ___ October ___ 2005 ___ Nation of First Publication ___ Singapore
___(Month)___ ___(Day)___ ___(Year)___
Description of Photograph ___ (Optional)

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
Washington DC 20559-6000

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai324 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai325 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai326 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai327 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai328 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai329 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai330 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai331 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai332 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

| | | | |
|---|---|---|---|
| Number | Title of Photograph | setai333 | |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number**
Title of Photograph setai334
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai335
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai336
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai337
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai338
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai339
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai340
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai341
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai342
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**Number**
Title of Photograph setai343
Date of First Publication 8 (Month) October (Day) 2005 (Year) Nation of First Publication Singapore
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai344 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai345 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai346 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai347 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai348 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai349 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai350 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai351 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai352 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai353 | | | | |
| | Date of First Publication | 8 (Month) | October (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**Registration for Group of Published Photographs (continued)**

| | |
|---|---|
| Number | |

Title of Photograph — setai354
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai355
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai356
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai357
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai358
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai359
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai360
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai361
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai362
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

Number

Title of Photograph — setai363
Date of First Publication — 8 (Month) October (Day) 2005 (Year) Nation of First Publication — Singapore
Description of Photograph — (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | setai364 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai365 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai366 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai367 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai368 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai369 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai370 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai371 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai372 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | setai373 |
| | Date of First Publication | 8 (Month) October (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**Number**

Title of Photograph __setai374__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai375__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai376__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai377__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai378__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai379__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai380__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai381__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai382__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

**Number**

Title of Photograph __setai383__

Date of First Publication __8__ __October__ __2005__   Nation of First Publication __Singapore__

Description of Photograph _(Optional)_

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Number | | |
|---|---|---|
| | Title of Photograph | setai384 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | setai385 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | setai386 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | setai387 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | setai388 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | setai389 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | setai390 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | setai391 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | setai392 |

Date of First Publication    8    October    2005    Nation of First Publication    Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

| Number | | |
|---|---|---|
| | Title of Photograph | |

Date of First Publication    (Month)    (Day)    (Year)    Nation of First Publication

Description of Photograph (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkins & Slater, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000