# EXHIBIT 1-V

THE WAVE STUDIO, LLC
COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-825-264**

**Effective date of
registration:**

June 4, 2012

## Title

**Title of Work:** The Wave Design Pte. Ltd. - andaman067

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 10, 2005     **Nation of 1st Publication:** Singapore

## Author

■     **Author:** The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC

One Barkley Avenue, White Plains, NY, 10601

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** andaman006 photo

**Previous registration and year:** VA 1-432-332     2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison

**Date:** June 4, 2012

**Correspondence:** Yes

**Registration #:** VA0001825264
**Service Request #:** 1-776145042

Jennison & Shultz, P.C.
John N. Jennison
2001 Jefferson Davis Hwy.
Suite 1102
Arlington, VA 22202-3604