# EXHIBIT 1-W

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-825-429**

Effective date of registration:

May 31, 2012

---

## Title

**Title of Work:** Wave-s Photographs 2004 (D) - chediclub141

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** August 12, 2004   **Nation of 1st Publication:** Singapore

## Author

- **Author:** Wave-s (employer for hire of Masano Kawana)
  **Author Created:** photograph(s)

  **Work made for hire:** Yes
  **Domiciled in:** Singapore

## Copyright claimant

**Copyright Claimant:** THE WAVE STUDIO, LLC
One Barkley Avenue, White Plains, NY, United States

**Transfer Statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** photo: chediclub033

**Previous registration and year:** VA 1-432-329   2010

**New material included in claim:** photograph(s)

## Certification

**Name:** John Jennison
**Date:** August 1, 2012

---

**Correspondence:** Yes