# EXHIBIT 1-X

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

## VAu 1-060-182

**Effective date of registration:**

December 30, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Wave-s unpublished setai959 |
| **Nature of Work:** | photograph |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2004 |

## Author

| | |
|---|---|
| **Author:** | Wave-s |
| **Author Created:** | Photograph |
| **Work made for hire:** | Yes |
| **Domiciled in:** | Singapore |
| **Anonymous:** | No |
| **Pseudonymous:** | No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | WAVE-S |
| | 46 South Bridge Road, #04-02, Kingly Building, Singapore, 058679 |

## Limitation of copyright claim

| | |
|---|---|
| **Previously registered:** | No |

## Certification

| | |
|---|---|
| **Name:** | Lee Kar Yin |
| **Date:** | December 29, 2010 |

Registration #:   VAU001060182
Service Request #:   1-543670466



Jennison & Shultz, P.C.
2001 Jefferson Davis Highway, Suite 1 102
Arlington, VA 22202-3604