# EXHIBIT 2-A





















