# EXHIBIT 2-B

















