# EXHIBIT 2-C



## Photos





¹Eligible purchases are all travel purchases, excluding car reservations and non-prepaid hotels, booked through amextravel.com on your Membership Rewards program-enrolled American Express® Card

**Extra Points:**

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

**Pay with Points:**

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used. If points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay in Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

American Express Travel Related Services Company, Inc. acts solely as sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. We want you to be aware that certain suppliers pay us commissions and other incentives, and may also provide incentives to our travel counselors. CST#1022318-10, ML#1192, Washington UBI#600-469-694, TA#002 – Registered Iowa Travel Agency, NV#2001-0126. Important Travel Notices, Terms and Conditions

ABOUT AMERICAN EXPRESS    INVESTOR RELATIONS    CAREERS    SITE MAP    CONTACT US       

## Photos





¹Eligible purchases are all travel purchases, excluding car reservations and non-prepaid hotels, booked through amextravel.com on your Membership Rewards program-enrolled American Express® Card

**Extra Points:**

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

**Pay with Points:**

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used. If points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay in Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

American Express Travel Related Services Company, Inc. acts solely as sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. We want you to be aware that certain suppliers pay us commissions and other incentives, and may also provide incentives to our travel counselors. CST#1022318-10, ML#1192, Washington UBI#600-469-694, TA#002 – Registered Iowa Travel Agency, NV#2001-0126. Important Travel Notices, Terms and Conditions

ABOUT AMERICAN EXPRESS    INVESTOR RELATIONS    CAREERS    SITE MAP    CONTACT US       



## Photos




1Eligible purchases are all travel purchases, excluding car reservations and non-prepaid hotels, booked through amextravel.com on your Membership Rewards program-enrolled American Express® Card

### Extra Points:

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

### Pay with Points:

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used. If points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay in Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

American Express Travel Related Services Company, Inc. acts solely as sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. We want you to be aware that certain suppliers pay us commissions and other incentives, and may also provide incentives to our travel counselors. CST#1022318-10, ML#1192, Washington UBI#600-469-694, TA#002 – Registered Iowa Travel Agency, NV#2001-0126. Important Travel Notices, Terms and Conditions

ABOUT AMERICAN EXPRESS   INVESTOR RELATIONS   CAREERS   SITE MAP   CONTACT US


## Photos





---

¹Eligible purchases are all travel purchases, excluding car reservations and non-prepaid hotels, booked through amextravel.com on your Membership Rewards program-enrolled American Express® Card

**Extra Points:**

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

**Pay with Points:**

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used. If points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay in Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

American Express Travel Related Services Company, Inc. acts solely as sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. We want you to be aware that certain suppliers pay us commissions and other incentives, and may also provide incentives to our travel counselors. CST#1022318-10, ML#1192, Washington UBI#600-469-694, TA#002 – Registered Iowa Travel Agency, NV#2001-0126. Important Travel Notices, Terms and Conditions

ABOUT AMERICAN EXPRESS  INVESTOR RELATIONS  CAREERS  SITE MAP  CONTACT US

## Photos




¹Eligible purchases are all travel purchases, excluding car reservations and non-prepaid hotels, booked through amextravel.com on your Membership Rewards program-enrolled American Express® Card

**Extra Points:**

To earn one (1) extra point on each dollar of eligible purchases, you must charge air, prepaid hotel, Complete Trip (flight + hotel packages), American Express Vacations package or cruise reservations through amextravel.com to your Membership Rewards program-enrolled Card. Any portion of a charge that you elect to pay through redemption of Membership Rewards points is not eligible to earn points. Bonus ID A2EM (Air, Hotel, and Complete Trip); Bonus ID 5432 (Cruise); Bonus ID 6955 (American Express Vacations Packages). Bonus points will be credited to the Membership Rewards account 10-12 weeks after final payment is made.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

**Pay with Points:**

To use Pay with Points, you must charge your purchase through amextravel.com to a Membership Rewards® program-enrolled American Express® Card. Points will be debited from your Membership Rewards account, and credit for corresponding dollar amount will be issued to the American Express Card account used. If points redeemed do not cover entire amount, the balance of purchase price will remain on the American Express Card account. Minimum redemption 5,000 points.

See membershiprewards.com/terms for the Membership Rewards program terms and conditions.

If a charge for a purchase is included in a Pay Over Time feature balance on your Linked Account (for example, the Extended Payment Option), the statement credit associated with that charge may not be applied to that Pay Over Time feature balance. Instead the statement credit may be applied to your Pay in Full balance. If you believe this has occurred, please contact us by calling the number on the back of your card.

American Express Travel Related Services Company, Inc. acts solely as sales agent for travel suppliers and is not responsible for the actions or inactions of such suppliers. We want you to be aware that certain suppliers pay us commissions and other incentives, and may also provide incentives to our travel counselors. CST#1022318-10, ML#1192, Washington UBI#600-469-694, TA#002 – Registered Iowa Travel Agency, NV#2001-0126. Important Travel Notices, Terms and Conditions

ABOUT AMERICAN EXPRESS    INVESTOR RELATIONS    CAREERS    SITE MAP    CONTACT US