# EXHIBIT 2-S













