# EXHIBIT 2-T















