# EXHIBIT 2-U















Photos: << 9 of 9

The Leela Kempinski TG is located 17 miles from Goa Dabolim Airport (GOI) and a mile from Cavelossim Beach. The hotel is five miles from Varca Beach, seven miles from Benaulim Beach, and nine miles from Fatorda Stadium.

Are your dates flexible? Explore Lowest Rates Guaranteed Rates for a wide range of travel dates!

OTHER HOTELS    CONTINUE

**More Information About this Hotel**
Flexible Dates
Room Options
Maps
Features

Note: Unless otherwise noted, the rates shown above do not include (if applicable) Hotel Extra Person Fees, Child Fees, Additional Mandatory Hotel Charges or optional incidentals, such as parking, room service or movies.

Still Need Help?  Contact Us  |  Report a System Issue

CST# 1022318-10; ML# 1192; Washington UBI # 600-469-694; TA# 002 - Registered Iowa Travel Agency; NV#2001-0126. Important Travel Notices, Terms and Conditions

| American Express Cards | More Products & Services | Protection Services | Company Information |
|---|---|---|---|
| Personal Cards | Membership Rewards® Program | Credit Scores & Reports | About American Express |
| Small Business Credit Cards | Savings Accounts & CDs | Financial Tools | Contact Us |
| Corporate Cards | Accept American Express Cards | Fraud Protection Center | Careers |
| Gift Cards | Business Apps | Learn About Credit | Site Map |
| Prepaid Cards | Mobile Services | Travel Insurance | |

Terms of Service  |  Privacy Statement  |  Card Agreements
All users of our online services subject to Privacy Statement and agree to be bound by Terms of Service. Please read.
© 2012 American Express Company. All rights reserved.



