# EXHIBIT 2-V















