# EXHIBIT 2-W















