# EXHIBIT 2-X



Situated 30 km South of Da Nang and 11 km North of the historical city of Hoi An on the Central Coast of Quang Nam Province, the harmony between architecture and nature is evident at The Nam Hai -- set amid lush landscaping and unobstructed ocean views.











