# EXHIBIT 2-Y















