# EXHIBIT 2-Z















