# EXHIBIT 2-AA











