# EXHIBIT 2-CC











