# EXHIBIT 2-DD









