# EXHIBIT 2-FF

THE WAVE STUDIO, LLC
COMPLAINT











