# EXHIBIT 2-GG













