# EXHIBIT 2-II











