# EXHIBIT 2-JJ

THE WAVE STUDIO, LLC
COMPLAINT









