# EXHIBIT 2-KK











