# EXHIBIT 2-LL











