# EXHIBIT 2-MM











