# EXHIBIT 2-NN

THE WAVE STUDIO, LLC
COMPLAINT















