# EXHIBIT 2-OO















