# EXHIBIT 2-PP







Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links
Legian Beach Hotel – Asia travel and leisure guides for hotels, food and drink, shopping, nightlife, and spas | Travel + Leisure Southeast Asia

Legian Beach Hotel – Asia trave...     Hotel search results for Miami, ...

www.travelandleisureasia.com/destinations/indonesia/bali/bali-hotels/312100/legian_beach_hotel.html

Google

Web Search          #123,273                    India 40/4 (11.5 ov, MS Dhoni 3*, SK Raina 11*, D...          Bank of America     craigslist                          Add to Wish List

# TRAVEL+LEISURE
### SOUTHEAST ASIA

In a world of style and service attuned to you

CONRAD
KOH SAMUI
the luxury of being yourself

ABOUT US   SIGN IN   SIGN UP   MAG ARCHIVES        SEARCH

+ Home    + Destinations    + Hotels    + Food & Drink    + Shopping    + Nightlife    + Spa    + Interests    + T+L Blogs

Home | Destinations | Indonesia | Bali | Hotels                                VIEW ALL



Map   Satellite   Hybrid

Bali Medical Service

Legian

POWERED BY Google    Map data ©2012 Tele Atlas - Terms of Use

TRAVEL+LEISURE   WIN
A two-night stay at Marina Bay Sands and a pair of tickets to WICKED
ENTER        Terms & Conditions apply

Pictures: 1

## Legian Beach Hotel

**T+L RATING:**
★★★★

**ADDRESS**
Jalan Melasti, Legian Kelod Legian, Bali, Indonesia

Located on the beachfront, with a wide-range of facilities and leisure options, the Legian Beach Hotel caters to families, honeymooners and business travelers.

### The Overview

Located on the beachfront, with a wide-range of facilities and leisure options, the Legian Beach Hotel caters to families, honeymooners and business travelers. The 118 single-storey cottages and 100 guest rooms, including 23 family rooms and five rooms that cater for disabled travelers, are set amid a landscaped tropical oasis dotted with coconut palms, shady trees, and sweet-scented flowers.

Search:   HOTELS   FLIGHTS   DEALS

Enter location

Check-in    26/02/2012      Rooms    1
Check-out   28/02/2012      Guests   2

TRAVEL+LEISURE
SOUTHEAST ASIA            CHECK PRICES

INTERNATIONAL LUXURY TRAVEL MARKET

MORE INFO

zinio
SAVE OVER 50% ON THE COVER PRICE
TRAVEL+LEISURE

WORLD'S BEST AWARDS



Firefox   File   Edit   View   History   Bookmarks   Tools   Window   Help   Related Links

The Chedi Muscat Photos – Travel + Leisure Southeast Asia

# TRAVEL+ LEISURE

SOUTHEAST ASIA

ABOUT US   BLOG   RSS   CONTACT      SEARCH

+ Home   + Destinations   + Hotels   + Food & Drink   + Shopping   + Nightlife   + Spa   + Interests   + T + L Blogs

Overview   Reviews   Location   **Photos**   Room rates          Represent this hotel? Claim your listing

Hotel Photos - The Chedi Muscat, Muscat

The Chedi Muscat
Po Box 964 Al Khuwair, Muscat, 133
Muscat 133, Oman map

The Chedi Muscat Hotel is located in Muscat making it one of the best hotels to stay at while in town. The Chedi Muscat Hotel boasts a convenient l...

See all prices ►

**BEST PRICE**
S$**654**
Worldwide Holidays

Continue

Guest Satisfaction   Wego Popularity
4.3 ♥♥♥♥♥   **#15** of 145 hotels in Muscat

Recreation



Most Popular Hotels in Muscat

Other 5-star Hotels in Muscat

Ads by Google
50 Hotels in Muscat
Lowest price guarantee! Book your Hotel in Muscat online
www.booking.com/Muscat-Hotels

Budget Hotels          Most Popular Hotels
Deals & Special Offers   Best Price Guarantee

Muscat Hotels
Hotels.com Low Rates Guaranteed. Book Now & Save Up to 75% Today!