# EXHIBIT 2-QQ

THE WAVE STUDIO, LLC
COMPLAINT













