# EXHIBIT 2-RR













