# EXHIBIT 2-SS













