# EXHIBIT 2-TT

THE WAVE STUDIO, LLC
COMPLAINT











