# EXHIBIT 2-VV











