# EXHIBIT 2-WW











