# EXHIBIT 2-XX

THE WAVE STUDIO, LLC
COMPLAINT











