# EXHIBIT 2-YY











