# EXHIBIT 2-AAA











