# EXHIBIT 2-BBB

THE WAVE STUDIO, LLC
COMPLAINT









