# EXHIBIT 2-CCC











