# EXHIBIT 2-DDD











