# EXHIBIT 2-EEE









