# EXHIBIT 2-FFF











