# EXHIBIT 2-GGG









