# EXHIBIT 2-HHH

THE WAVE STUDIO, LLC
COMPLAINT











