# EXHIBIT 2-III



