```
1  REGINALD D. STEER (SBN 056324)
   rsteer@akingump.com
2  ERIC G. RUEHE (SBN 284568)
   eruehe@akingump.com
3  AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, 15th Floor
4  San Francisco, CA  94104-1036
   Telephone: 415.765.9500
5  Facsimile:  415.765.9501

6  Attorneys for Specially Appearing Defendant
   AMERICAN EXPRESS COMPANY
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>            Plaintiff,<br><br>      v.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100,<br><br>            Defendants. | Case No.: 3:15-CV-00354-WHA<br><br>**NOTICE OF SPECIAL APPEARANCE ON BEHALF OF SPECIALLY APPEARING DEFENDANT AMERICAN EXPRESS COMPANY** |

   PLEASE TAKE NOTICE that Reginald D. Steer and Eric G. Ruehe of the law firm Akin Gump Strauss Hauer & Feld LLP hereby appear *specially*, and not generally, as counsel of record on behalf of the following Specially Appearing Defendant in this action: American Express Company. Mr. Steer and Mr. Ruehe are both members of the State Bar of California and are admitted to practice in the Northern District of California. Counsel consent to electronic service of all papers in this action. Counsel can be contacted at the following address and telephone number:

   AKIN GUMP STRAUSS HAUER & FELD LLP
   580 California Street, 15th Floor
   San Francisco, CA  94104-1036
   Telephone:    415.765.9500
   Facsimile:    415.765.9501

---

1

NOTICE OF SPECIAL APPEARANCE ON BEHALF OF SPECIALLY APPEARING DEFENDANT

Dated: April 20, 2015     **AKIN GUMP STRAUSS HAUER & FELD LLP**

By _____/s/*Eric G. Ruehe*_____
    Reginald D. Steer
    Eric G. Ruehe
    Attorneys for Specially Appearing Defendant
    AMERICAN EXPRESS COMPANY