UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THE WAVE STUDIO | ) |
|---|---|
| Plaintiff(s), | ) Case No: 15CV00354wha |
| v. | ) APPLICATION FOR |
| AMERICAN EXPRESS COMPANY, | ) ADMISSION OF ATTORNEY |
| | ) PRO HAC VICE |
| Defendant(s). | ) (CIVIL LOCAL RULE 11-3) |

I, Anthony T. Pierce, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: American Express Company in the above-entitled action. My local co-counsel in this case is Reginald D. Steer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| AKIN GUMP, STRAUSS HAUER & FELD LLP, | AKIN GUMP, STRAUSS HAUER & FELD LLP, |
| 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036 | 580 California Street, Suite 1500, San Francisco, CA 94104 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 887-4411 | (415) 765-9500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| apierce@akingump.com | rsteer@akingump.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 415263.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 4/21/15

Anthony T. Pierce
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Anthony T. Pierce is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE APPLICATION & ORDER*                                    October 2012



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ANTHONY T. PIERCE

was on **AUGUST 17, 1988** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **APRIL 22, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk