NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100,<br><br>    Defendants. | Case No.: 3:15-CV-00354-WHA<br><br>**STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND (PROPOSED) ORDER THEREON** |

    Plaintiff, The Wave Studio, LLC ("Plaintiff"), and Defendant American Express Company ("Amex"), by and through their attorneys of record hereby agree and stipulate as follows:

    The Parties stipulate that the above-captioned proceeding shall be transferred to the Southern District of New York. Amex believes this case is related to litigation currently pending before Hon. Cathy Seibel of the Southern District of New York, styled *The Wave Studio, LLC v. General Hotel Management, et al.*, Case No. 7:13-cv-09239 (S.D.N.Y.)(the "GHM Action") and should therefore be consolidated with the GHM Action. Plaintiff denies this action is related to the GHM Action. The parties agree that the transfer stipulated here is without prejudice as to the issue

1  of consolidation with the GHM Action and that upon transfer to the Southern District of New York,
2  Amex may seek to file a motion to consolidate this action with the GHM Action.
3      THEREFORE, THE PARTIES HEREBY STIPULATE that this action be transferred to the
4  Southern District of New York.
5      IT IS SO STIPULATED.
6
7  DATED: April 30, 2015        COBALT LLP
8
9
10                                 By: __/s/ Vijay K. Toke_____
                                    Vijay K. Toke
11                                 Attorneys for Plaintiff
12                                 THE WAVE STUDIO, LLC
13 DATED: April 30, 2015        AKIN GUMP STRAUSS HAUER &
                                    FELD LLP
14
15
16                                 By: __/s/ Anthony T. Pierce_____
                                    Anthony T. Pierce
17                                   *(Admission by pro hac vice)*
18                                 Attorneys for Defendant
                                AMERICAN EXPRESS COMPANY
19
20 PURSUANT TO STIPULATION, IT IS SO ORDERED.
21
22 Dated: April 30, 2015.
23                                 _____
                                Hon. William H. Alsup
24                                 UNITED STATES DISTRICT JUDGE
25
26 ///
27 ///
28

STIPULATION TO TRANSFER CASE TO THE SOUTHERN DISTRICT OF NEW YORK AND (PROPOSED) ORDER THEREON