# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>                  Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100,<br><br>                  Defendants. | Civil Action No. 1:15-CV-03420-UA |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant American Express Company in the above captioned action:

    Carolyn C. Mattus
    Akin Gump Strauss Hauer & Feld, LLP
    One Bryant Park
    New York, NY 10036-6745
    Telephone: (212) 872-8080
    Facsimile:  (212) 872-1002

Dated:  May 4, 2015
          New York, New York

                                            By:    /s/ Carolyn C. Mattus
                                                        Carolyn C. Mattus
                                                            Akin Gump Strauss Hauer & Feld LLP
                                                            One Bryant Park
                                                            New York, NY 10036-6745
                                                            Telephone: (212) 872-1000
                                                            Facsimile:  (212) 872-1002

                                                           *Attorneys for Defendant*
                                                           *American Express Company*