**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company, | )<br>)<br>) |
| Plaintiff, | ) Civil Action No. 7:15-cv-03420-CS<br>)<br>) |
| v. | )<br>) |
| AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**NOTICE OF WITHDRAWAL OF REGINALD D. STEER AND ERIC G. RUEHE AS COUNSEL OF RECORD FOR DEFENDANT AMERICAN EXPRESS COMPANY AND TERMINATION OF ELECTRONIC NOTICES**

Defendant American Express Company ("Defendant") respectfully applies to this Court for approval to withdraw the appearances of attorneys Reginald D. Steer and Eric G. Ruehe as counsel. Mr. Steer and Mr. Ruehe are no longer working on the above-captioned matter and, accordingly, should be removed as counsel of record in this case. Akin Gump Strauss Hauer & Feld LLP, Anthony T. Pierce (*pro hac vice* application forthcoming), and Carolyn C. Mattus, remain counsel of record for Defendant American Express Company and all future correspondence and papers in this action should continue to be directed to them.

Defendant also requests, pursuant to Local Rule 5.2 of the United States District Court for the Southern District of New York, that the Clerk of this Court remove the names of Mr. Steer and Mr. Ruehe from the list of persons authorized to receive electronic notices with regard to the above-captioned case.

Dated: May 6, 2015
New York, New York

Respectfully submitted,

  /s/ Carolyn C. Mattus
Carolyn C. Mattus
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036-6745
Telephone: (212) 872-1000
Facsimile:  (212) 872-1002
Email: cmattus@akingump.com

*Counsel for Defendant*
*American Express Company*