IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100, )<br>)<br>)<br>)<br>Defendants. )<br>) | Civil Action No. 7:15-CV-03420-CS |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the Unites States Courts for the Southern and Eastern Districts of New York, I Anthony T. Pierce, hereby move this Court for an Order for admission to practice p*ro hac vice* to appear as counsel for American Express Company in the above-captioned action.

I am in good standing of the bars of the state of Virginia and the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: May 11, 2015              Respectfully submitted,

                                                                          /s/ Anthony T. Pierce
                                                     Anthony T. Pierce
                                                     Akin Gump Strauss Hauer & Feld LLP
                                                     1333 New Hampshire Avenue, N.W.
                                                     Washington, D.C., 20036-1564
                                                     Telephone: (212) 887-4411
                                                     Facsimile:  (202) 887-4288
                                                     Email:       apierce@akingump.com

                                                     *Counsel for Defendant*
                                                     *American Express Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2015, I caused the foregoing MOTION FOR ADMISSION *PRO HAC VICE* to be filed with the Clerk of the United States District Court for the Southern District of New York via CM/ECF. Copies of the foregoing will be served electronically upon the following:

Nate Garhart, Esq.
Cobalt, LLP
918 Parker Street, Bldg. A21
Berkely, California 94710
Telephone: (510) 841-9800
Facsimile:  (510) 295-2401
Email:     nate@cobaltlaw.com

*Counsel for Plaintiff*
*The Wave Studio, LLC*

                 /s/ Anthony T. Pierce
               Anthony T. Pierce
               Akin Gump Strauss Hauer & Feld LLP
               1333 New Hampshire Avenue, N.W.
               Washington, D.C., 20036-1564
               Telephone: (212) 887-4411
               Facsimile:  (202) 887-4288
               Email:     apierce@akingump.com

               *Counsel for Defendant*
               *American Express Company*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company, ) ) ) ) | ) ) ) ) Civil Action No. 7:15-CV-03420-CS |
| Plaintiff, ) ) | |
| v. ) ) | |
| AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100, ) ) ) ) ) | |
| Defendants. ) ) | |

**DECLARATION OF ANTHONY T. PIERCE IN SUPPORT OF APPLICATION FOR ADMISSION PRO HAC VICE**

Anthony T. Pierce, pursuant to 28 U.S.C. § 1746, hereby declares under the penalty of perjury as follows:

1. I am counsel at the law firm of Akin Gump Strauss Hauer & Feld LLP, located at 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036.

2. I submit this declaration in support of the motion to admit counsel *pro hac vice* in the above-captioned case. As demonstrated by the certificates of good standing annexed hereto (Exhibits 1 and 2), I am a member in good standing of the Bars of the District of Columbia and the State of Virginia.

3. There are no pending disciplinary proceedings against me in any State or Federal Court.

4. I am familiar with the facts of this case.

2

Wherefore, I respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in the above-captioned case.

I declare under the penalty of perjury that the foregoing is true and correct. Executed on the 11th day of May, 2015, in Washington, D.C.

    /s/ Anthony T. Pierce
Anthony T. Pierce
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C., 20036-1564
Telephone: (212) 887-4411
Facsimile:  (202) 887-4288
Email:      apierce@akingump.com

*Counsel for Defendant*
*American Express Company*

# EXHIBIT 1



# District of Columbia Court of Appeals
### Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## ANTHONY T. PIERCE

was on **AUGUST 17, 1988** duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on **APRIL 22, 2015**.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

# EXHIBIT 2

# Supreme Court of Virginia

AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

ANTHONY TOBIAS PIERCE

was admitted to practice as an attorney and counsellor at the bar of this Court on October 20, 1987.

I further certify that so far as the records of this office are concerned, ANTHONY TOBIAS PIERCE is a member of the bar of this Court in good standing.

Witness my hand and seal of said Court

This 6th day of May A.D. 2015

By: _____
Deputy Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 7:15-CV-03420-CS |
| Plaintiff, |  |  |
| v. |  |  |
| AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100, |  |  |
| Defendants. |  |  |

**[PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE***

Upon consideration of this motion of Anthony T. Pierce requesting Admission *pro hac vice* dated May 11, 2015, it is hereby ORDERED that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Anthony T. Pierce is hereby admitted *pro hac vice* to the Bar of this Court for the purpose of representing American Express Company in the above-captioned action.

Dated: _____, 2015          _____
                                                                                             United States District / Magistrate Judge