IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

THE WAVE STUDIO, LLC, a New York )
Limited Liability Company,       )
                                 )  Civil Action No. 7:15-cv-03420-CS
            Plaintiff,           )
                                 )
v.                               )
                                 )
AMERICAN EXPRESS COMPANY, a New  )
York Corporation, and DOES 1-100,)
                                 )
            Defendants.          )

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/9/2015
```

## JOINT STIPULATION TO EXTEND
## ANSWER DEADLINE FOR DEFENDANT AMERICAN EXPRESS COMPANY

WHEREAS, on January 26, 2015, plaintiff The Wave Studio, LLC ("The Wave Studio") filed a Complaint for Copyright Infringement ("Complaint") against defendant American Express Company ("American Express") in the United States District Court for the Northern District of California (the "California Action");

WHEREAS, on April 20, 2015, American Express filed a Waiver of the Service of Summons which set the time for American Express to answer or otherwise respond to the Complaint for June 15, 2015;

WHEREAS, on May 1, 2015, the California Action was transferred, upon joint stipulation and order, to the United States District Court for the Southern District of New York;

WHEREAS, on May 4, 2015, the instant action was accepted as related to the action *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Civil Action No. 7:13-cv-09239 (S.D.N.Y.) (Seibel, J.) ("GHM Litigation");

WHEREAS, on May 27, 2015, American Express requested a pre-motion conference on a motion to consolidate this action with the GHM Litigation (the "Motion to Consolidate"); and

WHEREAS, on May 29, 2015, this Court scheduled a pre-motion conference for June 18, 2015, at 11:00 a.m.;

IT IS HEREBY STIPULATED AND AGREED by and among The Wave Studio and American Express, by and through their respective counsel of record, that the time for American Express to answer or otherwise respond to the Complaint is hereby extended as follows:

1. If American Express prevails on its Motion to Consolidate, then the time for American Express to answer or otherwise respond to the Complaint is extended to 14 days after the stay in the GHM Litigation is lifted against the non-General Hotel Management Ltd. Defendants [GHM Litigation Docket No. 67];

2. If American Express obtains a negative ruling on the Motion to Consolidate, then the time for American Express to answer or otherwise respond to the Complaint is extended to 14 days after such negative ruling is made by this Court.

STIPULATED AND AGREED TO THIS 5th DAY OF JUNE 2015:

COBALT LLP
Vijay K. Toke
Nate A. Garhart
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Tel: (510) 841-9800
Fax: (510) 295-2401
vijay@cobaltlaw.com
nate@cobaltlaw.com

*Counsel for The Wave Studio, LLC*

AKIN GUMP STRAUSS HAUER & FELD LLP
Anthony T. Pierce
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Tel: (202) 887-4000
Fax: (202) 887-4288
apierce@akingump.com

Carolyn C. Mattus
One Bryant Park, New York, NY 10036
Tel: (212) 872-1000
Fax: (212) 872-1002
cmattus@akingump.com

*Counsel for American Express Company*

**SO ORDERED**: June _8_, 2015

_____
HON. CATHY SEIBEL, U.S.D.J.