IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------- X
THE WAVE STUDIO, LLC,

        Plaintiff,

   -against-

GENERAL HOTEL MANAGEMENT
LTD., *et al.*,

        Defendants.

---------------------------------------------------- X

Case No. 7:13-cv-09239-CS-PED[1]

**ORDER FOR ADMISSION
PRO HAC VICE**

The motion of Roman M. Silberfeld, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

> Roman M. Silberfeld
> Robins Kaplan LLP
> 2121 Avenue of the Stars, Suite 2800
> Los Angeles, CA  90067
> Tel.: 310 552 0130/Facsimile: 310 229 5800
> Primary Email: RSilberfeld@RobinsKaplan.com
> Secondary Email: SGreen@robinsKaplan.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, THE WAVE STUDIO, LLC in the above entitled action;

---

[1] The above-captioned case consolidates and jointly administers the following cases: (1) *The Wave Studio, LLC v. Amadeus North America, Inc., et al.*, Case No. 7:15-cv-06995-CS; (2) *The Wave Studio, LLC v. American Express Company*, Case No. 7:15-cv-03420; (3) *The Wave Studio, LLC v. AOL Inc., et al.*, Case No. 7:15-cv-05962-CS; (4) *The Wave Studio, LLC v. Booking Holdings Inc., et al.*, Case No. 7:21-cv-02691-CS; (5) *The Wave Studio, LLC v. British Airways PLC, et al.*, Case No. 7:15-cv-07950-CS; (6) *The Wave Studio, LLC v. Citibank N.A., et al.*, Case No. 7:22-cv-05141; (7) *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*, Case No. 7:13-cv-09239-CS-PED; (8) *The Wave Studio, LLC v. Groupon, Inc., et al.*, Case No. 7:17-cv-03589-CS; (9) *The Wave Studio, LLC v. United Airlines, Inc.*, Case No. 7:15-cv-05392-CS; (10) *The Wave Studio, LLC v. Virgin America Inc., et al.*, Case No. 7:15-cv-05960-CS; (11) *The Wave Studio, LLC v. Visa, Inc.*, Case No. 7:15-cv-04953-CS.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

Honorable Cathy Seibel
United States District Judge