IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100,<br><br>Defendants. | Civil Action No. 7:15-cv-03420-CS |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2015

### SECOND JOINT STIPULATION TO EXTEND
### ANSWER DEADLINE FOR DEFENDANT AMERICAN EXPRESS COMPANY

WHEREAS, on January 26, 2015, plaintiff The Wave Studio, LLC ("The Wave Studio") filed a Complaint for Copyright Infringement ("Complaint") against defendant American Express Company ("American Express") in the United States District Court for the Northern District of California (the "California Action");

WHEREAS, on April 20, 2015, American Express filed a Waiver of the Service of Summons which set the time for American Express to answer or otherwise respond to the Complaint for June 15, 2015;

WHEREAS, on May 1, 2015, the California Action was transferred, upon joint stipulation and order, to the United States District Court for the Southern District of New York;

WHEREAS, on May 4, 2015, the instant action was accepted as related to the action *The Wave Studio, LLC v. General Hotel Management Ltd., et al.*, Civil Action No. 7:13-cv-09239 (S.D.N.Y.) (Seibel, J.) (the "GHM Litigation");

WHEREAS, on June 8, 2015, this Court so-ordered the parties' Joint Stipulation to Extend Answer Deadline for Defendant American Express Company in which the answer deadline was extended pending the resolution of American Express's motion to consolidate this action with the GHM Litigation ("Motion to Consolidate");

WHEREAS, on June 18, 2015, this Court granted American Express's Motion to Consolidate and requested briefing from the parties on whether a stay should be imposed in this action ("Motion to Stay"); and

WHEREAS, this Court scheduled a bench ruling on the Motion to Stay for August 19, 2015, at 11:00 a.m.;

IT IS HEREBY STIPULATED AND AGREED by and among The Wave Studio and American Express, by and through their respective counsel of record, that the time for American Express to answer or otherwise respond to the Complaint is hereby extended as follows:

(1) If the Court grants the Motion to Stay, American Express's time to answer or otherwise respond to the Complaint is extended to 14 days after the stay is lifted as to American Express or at a deadline otherwise set by the Court as to all stayed parties in these consolidated actions;

(2) If the Court denies the Motion to Stay, American Express's time to answer or otherwise respond to the Complaint is extended to 14 days after this Court enters an Order on the docket denying the Motion to Stay.

STIPULATED AND AGREED TO THIS 23rd DAY OF JUNE 2015:

COBALT LLP
Vijay K. Toke
Nate A. Garhart
918 Parker Street, Bldg. A21
Berkeley, CA 94710

AKIN GUMP STRAUSS HAUER & FELD LLP
Anthony T. Pierce
1333 New Hampshire Avenue, N.W.
Washington, DC 20036-1564
Tel: (202) 887-4000

2

Tel: (510) 841-9800  
Fax: (510) 295-2401  
vijay@cobaltlaw.com  
nate@cobaltlaw.com  

*Counsel for The Wave Studio, LLC*

Fax: (202) 887-4288  
apierce@akingump.com  

Carolyn C. Mattus  
One Bryant Park, New York, NY 10036  
Tel: (212) 872-1000  
Fax: (212) 872-1002  
cmattus@akingump.com  

*Counsel for American Express Company*

**SO ORDERED**: June 24, 2015

_____  
HON. CATHY SEIBEL, U.S.D.J.