

**Chiesa Shahinian & Giantomasi** PC

HOWARD J. SCHWARTZ
One Boland Drive
West Orange, NJ 07052
973.530.2031
Fax: 973.530.2231
hschwartz@csglaw.com

csglaw.com

December 17, 2015

*Via E-filing and Email: chambersnysdseibel@nysd.uscourts.gov*
The Honorable Cathy Seibel
United States District Court
   for the Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building
   and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    **The Wave Studio, LLC v. General Hotel Management Ltd. et al.**
           **Case No. 7:13-cv-09239-CS-PED**

Dear Judge Seibel:

    This firm represents Defendant General Hotel Management Ltd. ("GHM"). Pursuant to the conference before Your Honor on December 3, 2015 and Your Honor's December 9, 2015 Order, we are pleased to report that GHM and Plaintiff have agreed to participate in private mediation in a final attempt to resolve this matter amicably prior to the deadline for GHM to serve its motion for summary judgment.

    GHM and Plaintiff have agreed upon a proposed mediator and are working to schedule the mediation in January. GHM is also in the process of coordinating with the other Defendants in this proceeding (and in the proceedings that have been consolidated with this matter) regarding the mediation, which as Your Honor referenced during the December 3, 2015 conference, is to discuss a global settlement. GHM has notified the Plaintiff that at this time, it does not consent to an extension of the briefing schedule for its motion for summary judgment. GHM plans to file its motion in February should the private mediation be unsuccessful.

    We thank Your Honor for your attention to this matter.

                                    Respectfully submitted,

                                    Howard J. Schwartz

HJS:ajr
cc:    All counsel of record via ECF

WEST ORANGE NEW JERSEY      TRENTON NEW JERSEY      NEW YORK NEW YORK

5613898.3