UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

The Wave Studio, LLC

                          Plaintiff,

-against-

General Hotel Management Ltd. et al

                          Defendant.

--------------------------------------------------------

Case No. 7:13-cv-09239-CS-PED

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐ I have cases pending        ☑ I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Nate Andrew Garhart**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: _____ My State Bar Number is 2815181

I am,

☑ An attorney
☐ A Government Agency attorney
☐ A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Cobb & Cobb, Attorneys at Law
                    FIRM ADDRESS: 724 Broadway, Newburgh, NY 12550
                    FIRM TELEPHONE NUMBER: 510-229-5224
                    FIRM FAX NUMBER: 510-295-2401

NEW FIRM:   FIRM NAME: Cobalt LLP
                    FIRM ADDRESS: 918 Parker St, A-21, Berkeley, CA 94710
                    FIRM TELEPHONE NUMBER: 510-841-9800
                    FIRM FAX NUMBER: 510-295-2401

☑ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: 04/21/17

                                                          _____
                                                          ATTORNEY'S SIGNATURE