## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

The Wave Studio, LLC,

                              Plaintiff,

        -against-

General Hotel Management Ltd., et al.,

                              Defendants.

Case No. 7:13-cv-09239-CS-VR

**[PROPOSED] ORDER FOR
ADMISSION *PRO HAC VICE***

The motion of Francesca M. S. Germinario for admission to practice Pro Hac Vice in the

above captioned action is granted.

Applicant has declared that she is a member in good standing of the bars of the states of

California and New York; and that her contact information is as follows:

Applicant's Name:  Francesca M. S. Germinario
Firm Name:  Warren Kash Warren LLP
Address:  2261 Market Street, No. 606
City / State / Zip:  San Francisco, California, 94114
Telephone / Fax:  (415) 895-2940 / (415) 895-2964

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel

for The Wave Studio, LLC in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys.

Date: _____

_____
United States District / Magistrate Judge