# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>                          Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100,<br><br>                          Defendants. | Civil Action No. 7:15-cv-03420-CS |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Erica E. Holland, a member of this Court in good standing, respectfully enters her appearance as counsel for defendant American Express Company in the above-captioned action.

Dated: November 17, 2023
          New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

 */s/ Erica E. Holland*
Erica E. Holland
One Bryant Park
New York, NY 10036
Telephone: (212) 872-7412
Facsimile: (212) 872-1002
eholland@akingump.com

*Counsel for Defendant*
*American Express Company*