## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company, | ) ) ) ) Civil Action No. 7:15-cv-03420-CS ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| AMERICAN EXPRESS COMPANY, a New York Corporation, and DOES 1-100, | ) ) ) |
| Defendants. | ) ) ) |

### NOTICE AND [PROPOSED] ORDER TO WITHDRAW CAROLYN MATTUS CORNELL AS COUNSEL OF RECORD FOR DEFENDANT AMERICAN EXPRESS COMPANY AND TERMINATION OF ELECTRONIC NOTICES

PLEASE TAKE NOTICE that Defendant American Express Company ("Defendant") respectfully applies to this Court for approval to withdraw the appearance of attorney Carolyn Mattus Cornell as counsel. Ms. Cornell is no longer associated with Akin Gump Strauss Hauer & Feld LLP and, accordingly, should be removed as counsel of record in this case. Akin Gump Strauss Hauer & Feld LLP, Anthony T. Pierce (admitted *pro hac vice*), and Erica E. Holland, remain counsel of record for Defendant American Express Company and all future correspondence and papers in this action should continue to be directed to them.

Defendant also requests, pursuant to Local Rule 5.2 of the United States District Court for the Southern District of New York, that the Clerk of this Court remove the name of Ms. Cornell from the list of persons authorized to receive electronic notices with regard to the above-captioned case.

Dated:    November 20, 2023
          New York, New York

                                          Respectfully submitted,


                                            /s/ Erica E. Holland
                                          Erica E. Holland
                                          Akin Gump Strauss Hauer & Feld LLP
                                          One Bryant Park
                                          New York, NY 10036-6745
                                          Telephone: (212) 872-1000
                                          Facsimile:  (212) 872-1002
                                          Email: eholland@akingump.com

                                          *Counsel for Defendant*
                                          *American Express Company*


SO ORDERED:


_____
CATHY SEIBEL U.S.D.J.