UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
The Wave Studio, LLC,

                        Plaintiff(s)

    -against-

General Hotel Management Ltd. etl,

                      Defendant(s).
-----------------------------------------------------------------X

**NOTICE OF CANCELLATION OF COURT CONFERENCE**

7:13-CV-09239 (CS)

The Status Conference scheduled in this case as well as all related cases for April 11, 2024 at 11:15 a.m. before Judge Seibel in Courtroom 621 is hereby **cancelled** pending proceedings scheduled before Magistrate Judge Victoria Reznik.

**The Clerk of Court is directed to docket this Notice also in all related cases to this case.**

                                                /s/ Walter Clark, Courtroom Deputy

Dated:  April 5, 2024
         White Plains, New York