**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------X

THE WAVE STUDIO. LLC,

                 Plaintiff,

          -against-

GENERAL HOTEL MANAGEMENT LTD et al,

                Defendants.

---------------------------------------------------------------------X

CIVIL ACTION NO.:
7:13-cv-09239-CS

**NOTICE OF**
**APPEARANCE**

To the Clerk of this Court and all parties of record:

Kindly enter my appearance as counsel in this case for defendant, VFM LEONARDO, INC.

I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
       October 22, 2024

                         **CLAUSEN MILLER P.C.**

                         */s/Josef C. Ghosn*

By:   _____

                         Josef C. Ghosn, Esq.
                         *Attorneys for Defendant*
                         *VFM Leonardo*
                         28 Liberty Plaza, 39th Floor
                         New York, New York 10005
                         (212) 805-3900
                         File No: 24-7287-00-6

11247596.1